AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-04496-KAW |
| Motorola Mobility LLC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                          .

Date:   09/05/2023                                                        /s/ Amy Hayden
                                                                               *Attorney's signature*

                                                                       Amy Hayden CA Bar No. 287026
                                                                        *Printed name and bar number*

                                                                            Russ August & Kabat
                                                                      12424 Wilshire Blvd., 12th Floor
                                                                           Los Angeles, CA 90025
                                                                                    *Address*

                                                                            ahayden@raklaw.com
                                                                                *E-mail address*

                                                                               (310) 826-7474
                                                                              *Telephone number*

                                                                               (310) 826-6991
                                                                                 *FAX number*

Print    Save As...                                                                                          Reset