AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Headwater Research LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 4:23-cv-04496-KAW |
| Motorola Mobility LLC et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC .

Date:  09/05/2023

/s/ Jason M. Wietholter
*Attorney's signature*

Jason M. Wietholter CA Bar No. 337139
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

jwietholter@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print    Save As...    Reset