UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>  Defendants. | Case No.23-cv-04496-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 25 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for December 19, 2023 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due December 12, 2023 by 5:00 P.M.

Dated: September 21, 2023

> Mark B. Busby
> Clerk of Court, United States District Court
>
> By: _____
> Mauriona Lee, Deputy Clerk to the
> Honorable JON S. TIGAR
> 510-637-3530