| Attorney or Party without Attorney:<br>Marc Fenster<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  Telephone No:   310-826-7474 | | | **For Court Use Only** |
|---|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>4608-003 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff:   HEADWATER RESEARCH LLC<br>Defendant:   MOTOROLA MOBILITY LLC, et al | | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:23-cv-04496-JST |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Plaintiff Headwater LLC's Certification Of Interested Entities Or Persons (L.R. 3-15(b)) And Disclosure Statement

3.   *a.*   Party served:   MOTOROLA MOBILITY LLC
      *b.*   Person served:   John Montijo, authorized to accept service for CT Corporation System, Inc., Agent for Service of Process
                              *Served under F.R.C.P. Rule 4.*

4.   Address where the party was served:   330 North Brand Boulevard Suite 700, Glendale, CA 91203

5.   *I served the party:*
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 29 2023 (2) at: 09:14 AM

6.   **Person Who Served Papers:**
      a. Donald Wyman (787, Kern County)          **d.** ***The Fee*** *for Service was:* $268.29
      **b. FIRST LEGAL**
         1517 W. Beverly Blvd.
         LOS ANGELES, CA 90026
      c. (213) 250-1111

7.   ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

11/29/2023
(Date)                                              (Signature)



**PROOF OF**<br>**SERVICE**

*9998054*<br>*(5527614)*