| Attorney or Party without Attorney: Marc Fenster<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: HEADWATER RESEARCH LLC<br>Defendant: MOTOROLA MOBILITY LLC, et al |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:23-cv-04496-JST |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Plaintiff Headwater LLC's Certification Of Interested Entities Or Persons (L.R. 3-15(b)) And Disclosure Statement

3. a. Party served:       LENOVO (UNITED STATES) INC.
   b. Person served:     Daniela Agerri, authorized to accept service
                                     Served under F.R.C.P. Rule 4.

4. Address where the party was served:    2150 North First Street, San Jose, CA 95131

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 29 2023 (2) at: 09:28 AM

6. **Person Who Served Papers:**
   a. Miles Blundon (PS1798, Santa Clara County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $198.94

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/29/2023
(Date)

*(Signature)*



PROOF OF SERVICE

10001869
(5528466)