| Attorney or Party without Attorney:<br>Marc Fenster<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ||| 
| Plaintiff: HEADWATER RESEARCH LLC<br>Defendant: MOTOROLA MOBILITY LLC, et al |||

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:23-cv-04496-JST |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Plaintiff Headwater LLC's Certification Of Interested Entities Or Persons (L.R. 3-15(b)) And Disclosure Statement

3. a. Party served: LENOVO GROUP LTD.
   b. Person served: Tabitha Davis, authorized to accept service for CT Corporation System, Agent for Service of Process, Served under F.R.C.P. Rule 4.

4. Address where the party was served: 160 Mine Lake Court Suite 200, Raleigh, NC 27615

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 29 2023 (2) at: 02:01 PM

6. **Person Who Served Papers:**
   a. William Jones
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $371.39

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/29/2023
(Date)          (Signature)



PROOF OF SERVICE

10004046
(5528982)