UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        *Plaintiff*,<br><br>   v.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>        *Defendants*. | Case No. 4:23-cv-04496-JST<br><br>**ADMINISTRATIVE MOTION UNDER L.R. 7-11 TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE** |

1    Plaintiff Headwater Research LLC ("Headwater") respectfully files this Administrative
2 Motion Under L.R. 7-11 to Adjourn the Initial Case Management Conference.

3    On August 30, 2023, Headwater filed this patent infringement case against Defendants
4 Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Group Ltd. (collectively,
5 "Defendants" or "Motorola"). Dkt. No. 1. On November 28, 2023, the clerk issued the Summonses
6 for Defendants. Dkt. No. 27. Defendants were served on November 29, 2023. Dkt. Nos. 29-31.
7 Defendants' deadline to answer is currently December 20, 2023. Defendants have not yet answered
8 or otherwise entered appearances in this case, and the Court has not yet entered a Scheduling Order.
9 The Court has scheduled an initial Case Management Conference for December 19, 2023. Dkt. No.
10 26. Pursuant to the Clerk's Notice setting a Case Management Conference and deadline for a Joint
11 Case Management Conference Statement (*id.*), Headwater has prepared a Case Management
12 Conference Statement filed concurrently herewith.

13    Because Defendants' deadline to answer has not yet passed, and Defendants have not
14 answered or entered appearances in this case, the parties have not yet met and conferred regarding
15 the contents of the Joint Case Management Conference Statement. So as to preserve the Court's
16 resources and in the interests of justice, Headwater respectfully requests that the Court adjourn the
17 initial Case Management Conference to a later date. Headwater's request will allow the parties to
18 meet and confer to prepare a Joint Case Management Conference Statement for the Court's
19 consideration in advance of a future Case Management Conference.

| | |
|---|---|
| Dated:  December 12, 2023 | Respectfully submitted, |
| | */s/ Jason M. Wietholter* |
| | Marc Fenster |
| | mfenster@raklaw.com |
| | Reza Mirzaie |
| | rmirzaie@raklaw.com |
| | Brian Ledahl |
| | bledahl@raklaw.com |
| | Ben Wang |
| | bwang@raklaw.com |
| | Paul Kroeger |
| | pkroeger@raklaw.com |
| | Neil A. Rubin |
| | nrubin@raklaw.com |
| | James S. Tsuei |
| | jtsuei@raklaw.com |
| | Philip Wang |
| | pwang@raklaw.com |
| | Amy Hayden |
| | ahayden@raklaw.com |
| | Jason M. Wietholter |
| | jwietholter@raklaw.com |
| | Kristopher Davis |
| | kdavis@raklaw.com |
| | Dale Chang |
| | dchang@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, California 90025 |
| | Telephone: (310) 826-7474 |
| | Facsimile: (310) 826-9226 |
| | |
| | *Attorneys for Plaintiff,* |
| | Headwater Research LLC |

**FILER'S ATTESTATION**

I, Jason M. Wietholter, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement.  In compliance with Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Date:  December 12, 2023                             /s/ Jason M. Wietholter
                                                                    Jason M. Wietholter

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served by messenger on the following parties on December 13, 2023:

**Motorola Mobility LLC**
330 North Brand Boulevard, Suite 700
Glendale, CA 91203

**Lenovo (United States) Inc.**
2150 North First Street
San Jose, CA 95131

**Lenovo Group Ltd.**
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

*/s/ Jason M. Wietholter*
Jason M. Wietholter

**[PROPOSED] ORDER**

Having considered Plaintiff's Administrative Motion Under L.R. 7-11 to Adjourn the initial Case Management Conference and the reasons for the same, the Court finds that in the interests of justice and to conserve judicial resources, the deadline to file the Joint Case Management Conference Statement is hereby re-set to January 16, 2024 by 5:00 PM, and the Case Management Conference is hereby adjourned until January 23, 2024 at 2:00 PM.

IT IS SO ORDERED.

Dated:

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE