RUSS, AUGUST & KABAT

1  **RUSS AUGUST & KABAT**
Marc Fenster
2  mfenster@raklaw.com
Reza Mirzaie
3  rmirzaie@raklaw.com
Brian Ledahl
4  bledahl@raklaw.com
Ben Wang
5  bwang@raklaw.com
Paul Kroeger
6  pkroeger@raklaw.com
Neil A. Rubin
7  nrubin@raklaw.com
James S. Tsuei
8  jtsuei@raklaw.com
Philip Wang
9  pwang@raklaw.com
Amy Hayden
10  ahayden@raklaw.com
Jason M. Wietholter
11  jwietholter@raklaw.com
Kristopher Davis
12  kdavis@raklaw.com
Dale Chang
13  dchang@raklaw.com
14  **RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
15  Los Angeles, California 90025
Telephone: (310) 826-7474
16  Facsimile: (310) 826-9226
17
18  *Attorneys for Plaintiff,*
Headwater Research LLC
19

20            **IN THE UNITED STATES DISTRICT COURT**
                 **FOR THE DISTRICT OF NEVADA**
21

22  | HEADWATER RESEARCH LLC, | Case No. 4:23-cv-04496-JST |
|---|---|
23  | *Plaintiff*, | **DECLARATION OF JASON WIETHOTLER IN SUPPORT OF PLAINTIFF HEADWATER'S ADMINISTRATIVE MOTION UNDER L.R. 7-11 TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE** |
24  | v. | |
25  | MOTOROLA MOBILITY LLC, et al., | |
26  | *Defendants*. | |
27
28

1 JW kd 231212 Wietholter Declaration DRAFT.docx            1
**DECLARATION OF JASON WIETHOLTER**

1.    I, Jason Wietholter, declare as follows.

2.    I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel for Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto. I make this declaration in support of Plaintiff Headwater's Administrative Motion Under L.R. 7-11 to Adjourn the Initial Case Management Conference.

3.    On August 30, 2023, Headwater filed a patent infringement case against Defendants Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Group Ltd. (collectively "Defendants" or "Motorola"). Dkt. No. 1.

4.    Defendants' deadline to answer is currently December 20, 2023.

5.    Defendants have not yet answered or otherwise entered appearances in this case.

6.    Executed on December 12,  2023, at Los Angeles, California.

/s/ Jason M. Wietholter
Jason M. Wietholter

RUSS, AUGUST & KABAT

2
**DECLARATION OF JASON WIETHOLTER**