1  Jacob A. Schroeder (SBN 264717)
     jacob.schroeder@finnegan.com
2  **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, LLP**
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:   (650) 849-6600
   Facsimile:    (650) 849-6666
5
   *Attorneys for Defendants*
6  *Motorola Mobility LLC and*
   *Lenovo (United States) Inc.*
7

8

9              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10                      **OAKLAND DIVISION**

11

| HEADWATER RESEARCH LLC, | CASE NO. 4:23-cv-04496-JST |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE FOR DEFENDANTS MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.** |
| v. | |
| MOTOROLA MOBILITY LLC, LENOVO (UNITED STATES) INC., AND LENOVO GROUP LTD., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jacob A. Schroeder of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP hereby enters his appearance as counsel of record in this matter for Defendants Motorola Mobility LLC and Lenovo (United States) Inc. All pleadings, notices, and other papers in this matter should be served upon:

>Jacob A. Schroeder (SBN 264717)
>jacob.schroeder@finnegan.com
>**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
>3300 Hillview Avenue
>Palo Alto, California  94304
>Telephone:    (650) 849-6600
>Facsimile:     (650) 849-6666

Dated: December 14, 2023

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By:   */s/ Jacob A. Schroeder*
Jacob A. Schroeder
*Attorneys for Defendants*
*Motorola Mobility LLC and*
*Lenovo (United States) Inc.*