UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Headwater Research LLC , <br><br> Plaintiff(s), <br><br> v. <br><br> Motorola Mobility LLC, et al , <br><br> Defendant(s). | Case No. 4:23-cv-04496-JST <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Daniel Craig Cooley__, an active member in good standing of the bar of __Supreme Court of Virginia__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Motorola Mobility LLC and Lenovo (USA) Inc.__ in the above-entitled action. My local co-counsel in this case is __Jacob A. Schroeder__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __264717__.

| | |
|---|---|
| 1875 Explorer Street, Suite 800 <br> Reston, VA, 20190 <br> MY ADDRESS OF RECORD | 3300 Hillview Ave., Palo Alto, CA 94304 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (571) 203-2700 <br> MY TELEPHONE # OF RECORD | (650) 849-6600 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| daniel.cooley@finnegan.com <br> MY EMAIL ADDRESS OF RECORD | jacob.schroeder@finnegan.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __79565__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __zero__ times in the 12 months

preceding this application.

      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/15/2023                                                      Daniel Craig Cooley
                                                                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel Craig Cooley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 18, 2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE