Jacob A. Schroeder (SBN 264717)
  jacob.schroeder@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Daniel C. Cooley (*pro hac vice*)
  daniel.cooley@finnegan.com
Daniel M. Jordan (*pro hac vice* to be filed)
  dan.jordan@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
1875 Explorer Street
8th Floor
Reston, VA, US, 20190-6023
Telephone:     (571) 203-2700
Facsimile:     (571) 203-2777

Andrea G. Mills (*pro hac vice* to be filed)
  gracie.mills@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

*Attorneys for Defendants
Motorola Mobility LLC and
Lenovo (United States) Inc.*

Marc Fenster
  mfenster@raklaw.com
Reza Mirzaie
  rmirzaie@raklaw.com
Brian Ledahl
  bledahl@raklaw.com
Ben Wang
  bwang@raklaw.com
Paul Kroeger
  pkroeger@raklaw.com
Neil A. Rubin
  nrubin@raklaw.com
James S. Tsuei
  jtsuei@raklaw.com
Philip Wang
  pwang@raklaw.com
Amy Hayden
  ahayden@raklaw.com
Jason M. Wietholter
  jwietholter@raklaw.com
Kristopher Davis
  kdavis@raklaw.com
Dale Chang
  dchang@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-9226

*Attorneys for Plaintiff
Headwater Research LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>MOTOROLA MOBILITY LLC, LENOVO (UNITED STATES) INC., AND LENOVO GROUP LTD.,<br><br>           Defendants. | CASE NO. 4:23-cv-04496-JST<br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANT LENOVO GROUP LTD.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Motorola Mobility LLC ("Motorola") and Lenovo (United States) Inc. ("Lenovo US") (collectively, "Defendants") agree to the dismissal of Plaintiff's Complaint for Patent Infringement (the "Complaint") against Lenovo Group Limited ("Lenovo Group") without prejudice to refiling the same, and with no award of fees or costs, based on the following representations of Defendants and Lenovo Group:

1. Lenovo Group is the ultimate parent holding company of its indirect subsidiary Lenovo US and Motorola, and Lenovo Group does not make, use, sell, offer to sell, have sold, import, or have imported into the United States any of the products or categories of products referenced in the Complaint. Defendants are the sole entities in the United States that make, sell, offer to sell, or import into the United States the products or categories of products referenced in the Complaint. Defendants possess or can obtain documents, information, and witnesses relevant to the products or categories of products referenced in the Complaint. Lenovo Group has no documents, information, or witnesses pertaining to Plaintiff's Complaint.

2. Notwithstanding the above representations, in the event Lenovo Group possesses, comes into possession of, or obtains custody and/or control of, relevant documents, information, or witnesses relevant to this case, Defendants shall not object to any discovery request on the basis that Lenovo Group has been dismissed from and/or is no longer a party to this case. If Plaintiff identifies allegedly relevant Lenovo or Motorola documents or information that are unavailable to Defendants, the parties agree to meet and confer in good faith in an attempt to resolve any such unavailability.

3. Defendants and Lenovo Group each warrant and represent that they will not take any action to cause Defendants to be unable to fully satisfy any judgment entered in this case.

4. If later information or discovery reveals that Lenovo Group should be a party to this lawsuit, Plaintiff reserves the right to seek the addition of Lenovo Group to this lawsuit, and neither Lenovo Group nor Defendants shall rely on any delay or lapse of time from the period of dismissal, or this Stipulation, as a basis to oppose such addition.

5. Defendants and Lenovo Group represent that they have the authority to enter into this Stipulation, and understand that Plaintiff is relying on all representations in this Stipulation.

| | | |
|---|---|---|
| Dated: December 20, 2023 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | | By: _/s/ Jacob A. Schroeder_<br>Jacob A. Schroeder<br>*Attorneys for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.* |
| Dated: December 20, 2023 | | RUSS AUGUST & KABAT |
| | | By: _/s/ Jason Wietholter_<br>Jason Wietholter<br>*Attorneys for Plaintiff Headwater Research LLC* |

# ATTESTATION

Counsel for Plaintiff Headwater Research LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.

Dated: December 20, 2023                    RUSS AUGUST & KABAT

By: /s/ Jason Wietholter
Jason Wietholter
*Attorneys for Plaintiff*
*Headwater Research LLC*