UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Headwater Research LLC,

Plaintiff(s),

v.

Motorola Mobility LLC, et al,

Defendant(s).

Case No. 4:23-cv-04496-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel McHale Jordan, an active member in good standing of the bar of Supreme Court of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Motorola Mobility LLC and Lenovo (United States) Inc. in the above-entitled action. My local co-counsel in this case is Jacob A. Schroeder, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 264717.

1875 Explorer Street., Suite 800
Reston, VA, 20190
MY ADDRESS OF RECORD

(571) 203-2700
MY TELEPHONE # OF RECORD

dan.jordan@finnegan.com
MY EMAIL ADDRESS OF RECORD

3300 Hillview Ave., Palo Alto, CA 94304
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 849-6600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jacob.schroeder@finnegan.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 95839.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/20/2023                              Daniel McHale Jordan
                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel McHale Jordan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE