# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

## Daniel McHale Jordan

was admitted to practice as an attorney and counsellor at the bar of this Court on December 2, 2020.

I further certify that so far as the records of this office are concerned, Daniel McHale Jordan is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 2nd day of November
A.D. 2023

By: *[signature]*
Deputy Clerk