# Exhibit A

**EXHIBIT A**
**AGREED SCHEDULING PROPOSAL**

| Event | Proposed Deadline |
|---|---|
| Initial Case Management Conference Statement | January 23, 2024, 5 p.m. |
| Initial Case Management Conference | January 30, 2024, 2 p.m. |
| Serve initial disclosures | February 13, 2024 |
| Serve infringement contentions and accompanying production (Patent L.R. 3-1, 3-2) | February 14, 2024 |
| Serve invalidity contentions and accompanying production (Patent L.R. 3-3, 3-4) | April 12, 2024 |
| Last day to amend pleadings without leave of court | April 15, 2024 |
| Exchange proposed claim terms for construction (Patent L.R. 4-1) | April 26, 2024 |
| Exchange of preliminary claim construction and extrinsic evidence (Patent L.R. 4-2) | May 17, 2024 |
| Damages contentions (Patent L.R. 3-8) | May 31, 2024 |
| Joint claim construction and prehearing statement and expert reports (Patent L.R. 4-3) | June 11, 2024 |
| Responsive damages contentions (Patent L.R. 3-9) | June 28, 2024 |
| Claim construction discovery cutoff (Patent L.R. 4-4) | July 11, 2024 |
| Opening claim construction brief (Patent L.R. 4-5) | July 26, 2024 |
| Responsive claim construction brief (Patent L.R. 4-5) | August 9, 2024 |
| Reply claim construction brief (Patent L.R. 4-5) | August 16, 2024 |
| Claim Construction Hearing (Patent L.R. 4-6) | September 9, 2024, 2 p.m. (or at the convenience of the Court's calendar) |
| Proposed Date for Designation of Experts | December 16, 2024 |
| Close of fact discovery | February 20, 2025 |
| Deadline to file discovery motions relating to fact discovery | February 27, 2025 |
| Opening expert reports | March 20, 2025 |
| Rebuttal expert reports | April 10, 2025 |
| Close of expert discovery | May 1, 2025 |
| Opening summary judgment/ Daubert Briefs | May 15, 2025 |
| Responsive summary judgment/ Daubert Briefs | May 29, 2025 |

| Event | Proposed Deadline |
|---|---|
| Reply summary judgment/ Daubert Briefs | June 5, 2025 |
| Hearing on summary judgment/ Daubert Briefs | July 10, 2025 |
| Pretrial Conference | August 15, 2025 |
| Trial | September 8, 2025 |