| | |
|---|---|
| 1 | Jacob A. Schroeder (SBN 264717) |
|   |   jacob.schroeder@finnegan.com |
| 2 | **FINNEGAN, HENDERSON, FARABOW,** |
|   |   **GARRETT & DUNNER, LLP** |
| 3 | 3300 Hillview Avenue |
|   | Palo Alto, California  94304 |
| 4 | Telephone:     (650) 849-6600 |
|   | Facsimile:      (650) 849-6666 |
| 5 | |
|   | Daniel C. Cooley (*pro hac vice*) |
| 6 |   daniel.cooley@finnegan.com |
|   | Daniel M. Jordan (*pro hac vice*) |
| 7 |   dan.jordan@finnegan.com |
|   | **FINNEGAN, HENDERSON, FARABOW,** |
| 8 |   **GARRETT & DUNNER, LLP** |
|   | 1875 Explorer Street |
| 9 | 8th Floor |
|   | Reston, VA, US, 20190-6023 |
| 10 | Telephone:     (571) 203-2700 |
|    | Facsimile:      (571) 203-2777 |
| 11 | |
|    | Andrea G. Mills (*pro hac vice* to be filed) |
| 12 |   gracie.mills@finnegan.com |
|    | **FINNEGAN, HENDERSON, FARABOW,** |
| 13 |   **GARRETT & DUNNER, LLP** |
|    | 901 New York Avenue NW |
| 14 | Washington, DC 20001-4413 |
|    | Telephone:     (202) 408-4000 |
| 15 | Facsimile:      (202) 408-4400 |
| 16 | *Attorneys for Defendant* |
|    | *Lenovo (United States) Inc.* |
| 17 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | | CASE NO. 4:23-cv-04496-JST |
| Plaintiff, | | **LENOVO (UNITED STATES) INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP, FRCP 7.1] AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-15]** |
| v. | | |
| MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC., | | |
| Defendants. | | |

Pursuant to Rule. 7.1 of the Federal Rules of Civil Procedure, Defendant Lenovo (United States) Inc. ("Lenovo (US)") states that Lenovo (US) is owned wholly by Lenovo Holding Company, Inc. and is, indirectly, a wholly-owned subsidiary of Lenovo Group Limited. Lenovo Group Limited is a publicly-traded company. Legend Holdings Corporation owns more than ten percent of Lenovo Group Limited's stock. Legend Holdings Corporation is the only publicly-held corporation that owns 10% or more of Lenovo Group Limited's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Lenovo Holding Company, Inc.
- Lenovo Group Limited
- Legend Holdings Corporation

Dated: February 1, 2024

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By:   /s/ Jacob A. Schroeder
Jacob A. Schroeder (SBN 264717)
*Attorneys for Defendant
Lenovo (United States) Inc.*