Jacob A. Schroeder (SBN 264717)
  jacob.schroeder@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Daniel C. Cooley (*pro hac vice*)
  daniel.cooley@finnegan.com
Daniel M. Jordan (*pro hac vice*)
  dan.jordan@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street
8th Floor
Reston, VA, US, 20190-6023
Telephone:     (571) 203-2700
Facsimile:      (571) 203-2777

Andrea G. Mills (*pro hac vice* to be filed)
  gracie.mills@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

*Attorneys for Defendant*
*Motorola Mobility LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>                     Plaintiff,<br><br>          v.<br><br>MOTOROLA MOBILITY LLC AND<br>LENOVO (UNITED STATES) INC.,<br><br><br>                     Defendants. | CASE NO. 4:23-cv-04496-JST<br><br>**MOTOROLA MOBILITY LLC'S**<br>**CORPORATE DISCLOSURE**<br>**STATEMENT [FRCP, FRCP 7.1] AND**<br>**CERTIFICATE OF INTERESTED**<br>**ENTITIES OR PERSONS [Civil L.R.**<br>**3-15]** |

1       Pursuant to Rule. 7.1 of the Federal Rules of Civil Procedure, Defendant Motorola Mobility

2   LLC ("Motorola") states that Motorola is owned wholly by Motorola Mobility Holdings LLC and is,

3   indirectly, a wholly-owned subsidiary of Lenovo Group Limited.  Lenovo Group Limited is a

4   publicly-traded company.  Legend Holdings Corporation owns more than ten percent of Lenovo

5   Group Limited's stock.  Legend Holdings Corporation is the only publicly-held corporation that

6   owns 10% or more of Lenovo Group Limited's stock.

7       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

8   associations of persons, firms, partnerships, corporations (including, but not limited to, parent

9   corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a

10  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

11  could be substantially affected by the outcome of this proceeding:

12         • Motorola Mobility Holdings LLC

13         • Lenovo Group Limited

14         • Legend Holdings Corporation

17  Dated: February 1, 2024        FINNEGAN, HENDERSON, FARABOW,
                          GARRETT & DUNNER, LLP

19                  By: _*/s/ Jacob A. Schroeder*_____
                         Jacob A. Schroeder (SBN 264717)
20                         *Attorneys for Defendant*
                         *Motorola Mobility LLC*