| | |
|---|---|
| Jacob A. Schroeder (SBN 264717) <br> jacob.schroeder@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 3300 Hillview Avenue <br> Palo Alto, California  94304 <br> Telephone:     (650) 849-6600 <br> Facsimile:      (650) 849-6666 <br> <br> Daniel C. Cooley (*pro hac vice*) <br> daniel.cooley@finnegan.com <br> Daniel M. Jordan (*pro hac vice*) <br> dan.jordan@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 1875 Explorer Street <br> 8th Floor <br> Reston, VA, US, 20190-6023 <br> Telephone:     (571) 203-2700 <br> Facsimile:      (571) 203-2777 <br> <br> Andrea G. Mills (*pro hac vice*) <br> gracie.mills@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 901 New York Avenue NW <br> Washington, DC 20001-4413 <br> Telephone:     (202) 408-4000 <br> Facsimile:      (202) 408-4400 <br> <br> *Attorneys for Defendants* <br> *Motorola Mobility LLC and* <br> *Lenovo (United States) Inc.* | Marc Fenster <br> mfenster@raklaw.com <br> Reza Mirzaie <br> rmirzaie@raklaw.com <br> Brian Ledahl <br> bledahl@raklaw.com <br> Ben Wang <br> bwang@raklaw.com <br> Paul Kroeger <br> pkroeger@raklaw.com <br> Neil A. Rubin <br> nrubin@raklaw.com <br> James S. Tsuei <br> jtsuei@raklaw.com <br> Philip Wang <br> pwang@raklaw.com <br> Amy Hayden <br> ahayden@raklaw.com <br> Jason M. Wietholter <br> jwietholter@raklaw.com <br> Kristopher Davis <br> kdavis@raklaw.com <br> Dale Chang <br> dchang@raklaw.com <br> **RUSS AUGUST & KABAT** <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, California 90025 <br> Telephone:     (310) 826-7474 <br> Facsimile:      (310) 826-9226 <br> <br> *Attorneys for Plaintiff* <br> *Headwater Research LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br> <br> Plaintiff, <br> <br> v. <br> <br> MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC., <br> <br> Defendants. | CASE NO. 4:23-cv-04496-JST <br> <br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendants Motorola Mobility LLC and Lenovo (United States) Inc. (collectively, "Defendants") and Plaintiff Headwater Research LLC, ("Headwater"), hereby stipulate and respectfully request that the Court extend the deadline for Defendants to respond to the Complaint (ECF No. 1) by seven (7) days, from February 20, 2024 to February 27, 2024. This stipulated extension is permissible without the need for a Court order under Civil L.R. 6-1(a), as this change will not alter the date of any event or deadline already fixed by Court order.

Respectfully submitted,

Dated: February 13, 2024					FINNEGAN, HENDERSON, FARABOW,
									  GARRETT & DUNNER, LLP


									By:	  */s/ Jacob A. Schroeder*
										Jacob A. Schroeder
										*Attorneys for Defendants*
										*Motorola Mobility LLC and*
										*Lenovo (United States) Inc.*


Dated: February 13, 2024					RUSS AUGUST & KABAT


									By:	  */s/ Jason Wietholter*
										Jason Wietholter
										*Attorneys for Plaintiff*
										*Headwater Research LLC*

## ATTESTATION

Counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff Headwater Research LLC.

Dated: February 13, 2024

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder
*Attorneys for Defendants
Motorola Mobility LLC and
Lenovo (United States) Inc.*