| | |
|---|---|
| Jacob A. Schroeder (SBN 264717)<br>  jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>Daniel C. Cooley (*pro hac vice*)<br>  daniel.cooley@finnegan.com<br>Daniel M. Jordan (*pro hac vice*)<br>  dan.jordan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>1875 Explorer Street<br>8th Floor<br>Reston, VA, US, 20190-6023<br>Telephone:  (571) 203-2700<br>Facsimile:  (571) 203-2777<br><br>Andrea G. Mills (*pro hac vice*)<br>  gracie.mills@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:  (202) 408-4000<br>Facsimile:  (202) 408-4400<br><br>*Attorneys for Defendants*<br>*Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* | Marc Fenster<br>  mfenster@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Brian Ledahl<br>  bledahl@raklaw.com<br>Ben Wang<br>  bwang@raklaw.com<br>Paul Kroeger<br>  pkroeger@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>James S. Tsuei<br>  jtsuei@raklaw.com<br>Philip Wang<br>  pwang@raklaw.com<br>Amy Hayden<br>  ahayden@raklaw.com<br>Jason M. Wietholter<br>  jwietholter@raklaw.com<br>Kristopher Davis<br>  kdavis@raklaw.com<br>Dale Chang<br>  dchang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:  (310) 826-7474<br>Facsimile:  (310) 826-9226<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>        Defendants. | CASE NO. 4:23-cv-04496-JST<br><br>**LOCAL RULE 6-2 JOINT STIPULATION TO EXTEND TIME FOR SERVICE OF INFRINGEMENT AND INVALIDITY CONTENTIONS** |

Pursuant to Civil Local Rule 6-2, Plaintiff Headwater Research LLC ("Plaintiff") and Defendant Motorola Mobility LLC ("Motorola") and Lenovo (United States) Inc. ("Lenovo US") (collectively, "Defendants") agree to extend the service of infringement and invalidity contentions as follows:

1. The service deadline for Plaintiff's infringement contentions is presently due on February 14, 2024. While Plaintiff has been working diligently to prepare the contentions, it requests an additional week to finalize them, based in part on other professional commitments of its counsel.

2. Defendants do not oppose the request as long as they receive a commensurate extension on the service date of their invalidity contentions presently set for April 12, 2024.

3. Pursuant to Local Rule 6-2, there have no previous modifications to the Case Schedule entered on January 30, 2024 (Dkt. No. 46) and these modifications will have no effect on any other dates in the case schedule.

**NOW THEREFORE IT IS HEREBY STIPULATED, AND THE PARTIES REQUEST THAT THE COURT ORDER THAT:** the deadline for service of Plaintiff's infringement contentions shall be extended to and including February 21, 2024 and the deadline for service of Defendant's invalidity contentions shall be extended to an including April 19, 2024.

Dated: February 13, 2024

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder
*Attorneys for Defendants
Motorola Mobility LLC and
Lenovo (United States) Inc.*

| | | |
|---|---|---|
| 1 | Dated: February 13, 2024 | RUSS AUGUST & KABAT |
| 2 | | |
| 3 | | By:    */s/ Jason Wietholter* <br>      Jason Wietholter <br>      *Attorneys for Plaintiff* |
| 4 | |      *Headwater Research LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                              UNITED STATES DISTRICT JUDGE

## ATTESTATION

Counsel for Plaintiff Headwater Research LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.

Dated: February 13, 2024                RUSS AUGUST & KABAT

By:   */s/ Jason Wietholter*
      Jason Wietholter
      *Attorneys for Plaintiff*
      *Headwater Research LLC*