1  Jacob A. Schroeder (SBN 264717)
     jacob.schroeder@finnegan.com
2  **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, LLP**
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5
   Daniel C. Cooley (*pro hac vice*)
6    daniel.cooley@finnegan.com
   Daniel M. Jordan (*pro hac vice*)
7    dan.jordan@finnegan.com
   **FINNEGAN, HENDERSON, FARABOW,**
8    **GARRETT & DUNNER, LLP**
   1875 Explorer Street
9  8th Floor
   Reston, VA, US, 20190-6023
10 Telephone:     (571) 203-2700
   Facsimile:     (571) 203-2777
11
   Andrea G. Mills (*pro hac vice*)
12   gracie.mills@finnegan.com
   **FINNEGAN, HENDERSON, FARABOW,**
13   **GARRETT & DUNNER, LLP**
   901 New York Avenue NW
14 Washington, DC 20001-4413
   Telephone:     (202) 408-4000
15 Facsimile:     (202) 408-4400

16 *Attorneys for Defendants*
   *Motorola Mobility LLC and*
17 *Lenovo (United States) Inc.*

18

19                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
20                             **OAKLAND DIVISION**

21

22 HEADWATER RESEARCH LLC,                  CASE NO. 4:23-cv-04496-JST

23            Plaintiff,                    **[PROPOSED] ORDER GRANTING**
                                            **DEFENDANTS MOTOROLA**
24       v.                                 **MOBILITY LLC AND LENOVO**
                                            **(UNITED STATES) INC.'S NOTICE**
25 MOTOROLA MOBILITY LLC AND                **OF MOTION AND MOTION TO**
   LENOVO (UNITED STATES) INC.,             **DISMISS PLAINTIFF'S COMPLAINT**
26                                          **UNDER FED. R. CIV. P. 12(b)(6)**

27            Defendants.

28

The Court having reviewed Defendants Motorola Mobility LLC and Lenovo (United States) Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6); Plaintiff's opposition thereto; and Defendants' reply, and after hearing oral argument and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendants' Motion to Dismiss is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jon S. Tigar
United States District Court Judge
Northern District of California