| | |
|---|---|
| Jacob A. Schroeder (SBN 264717) <br> jacob.schroeder@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 3300 Hillview Avenue <br> Palo Alto, California  94304 <br> Telephone:     (650) 849-6600 <br> Facsimile:      (650) 849-6666 <br><br> Daniel C. Cooley (*pro hac vice*) <br> daniel.cooley@finnegan.com <br> Daniel M. Jordan (*pro hac vice*) <br> dan.jordan@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 1875 Explorer Street <br> 8th Floor <br> Reston, VA, US, 20190-6023 <br> Telephone:     (571) 203-2700 <br> Facsimile:      (571) 203-2777 <br><br> Andrea G. Mills (*pro hac vice*) <br> gracie.mills@finnegan.com <br> **FINNEGAN, HENDERSON, FARABOW,** <br> **GARRETT & DUNNER, LLP** <br> 901 New York Avenue NW <br> Washington, DC 20001-4413 <br> Telephone:     (202) 408-4000 <br> Facsimile:      (202) 408-4400 <br><br> *Attorneys for Defendants* <br> *Motorola Mobility LLC and* <br> *Lenovo (United States) Inc.* | Marc Fenster <br> mfenster@raklaw.com <br> Reza Mirzaie <br> rmirzaie@raklaw.com <br> Brian Ledahl <br> bledahl@raklaw.com <br> Ben Wang <br> bwang@raklaw.com <br> Paul Kroeger <br> pkroeger@raklaw.com <br> Neil A. Rubin <br> nrubin@raklaw.com <br> James S. Tsuei <br> jtsuei@raklaw.com <br> Philip Wang <br> pwang@raklaw.com <br> Amy Hayden <br> ahayden@raklaw.com <br> Jason M. Wietholter <br> jwietholter@raklaw.com <br> Kristopher Davis <br> kdavis@raklaw.com <br> Dale Chang <br> dchang@raklaw.com <br> **RUSS AUGUST & KABAT** <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, California 90025 <br> Telephone:     (310) 826-7474 <br> Facsimile:      (310) 826-9226 <br><br> *Attorneys for Plaintiff* <br> *Headwater Research LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC, <br><br> Defendants. | CASE NO. 4:23-cv-04496-JST <br><br> **LOCAL RULE 6-2 JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Civil Local Rule 6-2, Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Motorola Mobility LLC ("Motorola") and Lenovo (United States) Inc. ("Lenovo US") (collectively, "Defendants") agree to modify the briefing schedule on Defendants' Motion to Dismiss (Dkt. No. 54) s as follows:

1. Defendants filed the Motion to Dismiss on February 27, 2024 and noticed the motion for a hearing on April 18. 2024.

2. Under the current schedule the Plaintiff's Opposition to the Motion is due on March 12, 2024.

3. Due to attorney availability, Plaintiff has requested a brief extension of the deadline for filing its Opposition until March 20, 2024.

4. Defendants do not oppose the request as long as the deadline for filing its Reply is extended until April 2, 2024.

5. Pursuant to Local Rule 6-2, there was one previous modification of the case schedule extending the deadline for service of infringement contentions by one-week. The modifications requested herein will have no effect on any other dates in the case schedule and will not affect the hearing date.

**NOW THEREFORE IT IS HEREBY STIPULATED, AND THE PARTIES REQUEST THAT THE COURT ORDER THAT:** the deadline for filing of Plaintiff's Opposition to Defendants' Motion to Dismiss shall be extended to and including March 20, 2024 and the deadline for filing Defendants' Reply shall be extended to and including April 2, 2024.

Dated: March 8, 2024

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By:   /s/ Jacob A. Schroeder
  Jacob A. Schroeder
  *Attorneys for Defendants*
  *Motorola Mobility LLC and*
  *Lenovo (United States) Inc.*

| | |
|---|---|
| Dated: March 8, 2024 | RUSS AUGUST & KABAT |
| | By:  /s/ Jason Wietholter |
| | Jason Wietholter |
| | *Attorneys for Plaintiff* |
| | *Headwater Research LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11, 2024

_____
UNITED STATES DISTRICT JUDGE