Marc Fenster
mfenster@raklaw.com
Reza Mirzaie
rmirzaie@raklaw.com
Brian Ledahl
bledahl@raklaw.com
Ben Wang
bwang@raklaw.com
Paul Kroeger
pkroeger@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Philip Wang
pwang@raklaw.com
Amy Hayden
ahayden@raklaw.com
Kristopher Davis
kdavis@raklaw.com
Jason M. Wietholter
jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*Headwater Research LLC*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>*Defendants*. | Case No. 4:23-cv-04496-JST<br><br>**DECLARATION OF MARC FENSTER IN SUPPORT OF PLAINTIFF HEADWATER'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER 35 U.S.C. § 101** |

1. I, Marc Fenster, declare as follows.

2. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel for Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto. I make this declaration in support of Plaintiff Headwater's Opposition to Defendants' Motion to Dismiss the Complaint Under 35 U.S.C. § 101.

3. On August 30, 2023, Headwater filed a patent infringement case against Defendants Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Group Ltd. (collectively "Defendants" or "Motorola"). Dkt. No. 1.

4. Attached as Exhibit A is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 9,198,076, with annotations added.

5. Executed on March 20, 2024 in Los Angeles, California.

                                                */s/ Marc Fenster*
                                                Marc Fenster