Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Brian Ledahl (SBN 186579)
bledahl@raklaw.com
Ben Wang (SBN 228712)
bwang@raklaw.com
Paul Kroeger (SBN 229074)
pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Philip Wang (SBN 262239)
pwang@raklaw.com
Amy Hayden (SBN 287026)
ahayden@raklaw.com
Kristopher Davis (SBN. 329627)
kdavis@raklaw.com
Jason M. Wietholter (SBN 337139)
jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff*
*Headwater Research LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>Defendants. | Case No. 4:23-cv-04496-JST<br><br>**NOTICE OF ERRATA FOR DKT. 57 (PLAINTIFF HEADWATER'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER 35 U.S.C. § 101)**<br><br>Jury Trial Demanded<br><br>Date:     Thursday, April 18, 2024<br>Time:    2:00 p.m.<br>Location: Courtroom 6, 2nd Floor<br>Judge:   Hon. Jon S. Tigar |

Plaintiff Headwater submits this notice of errata regarding its opposition (Dkt. 57) to Defendants' motion to dismiss the complaint under 35 U.S.C. § 101. The opposition was timely filed on March 20, 2024. This notice of errata is filed to correct certain minor errors as follows:

1. Page 7, lines 6-7: delete extra parenthesis
2. Page 9, lines 16-17: change "he" to "she"
3. Page 14, line 16: delete "mobile" in quotation
4. Page 22, lines 11-12: correct quotation to Defendants' brief
5. Page 22, line 18: delete "that"

None of these corrections change the substance of Headwater's opposition (Dkt. 57) or arguments therein. The corrected version of Headwater's opposition is attached.

Dated: March 27, 2024

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Brian Ledahl (SBN 186579)
Email: bledahl@raklaw.com
Ben Wang (SBN 228712)
Email: bwang@raklaw.com
Paul Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
Philip Wang (SBN 262239)
Email: pwang@raklaw.com
Amy Hayden (SBN 287026)
Email: ahayden@raklaw.com
Jason M. Wietholter (SBN 337139)
Email: jwietholter@raklaw.com
Kristopher Davis (SBN. 329627)
Email: kdavis@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff*
*Headwater Research LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of March 2024, with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster