Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

Attorneys for Plaintiff,
Headwater Research LLC

*Additional Counsel In Signature Block*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>Defendants. | Case No. 4:23-cv-04496-JST<br><br>**PLAINTIFF HEADWATER'S NOTICE OF SUPPLEMENTAL FACTS REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER 35 U.S.C. § 101**<br><br>JURY TRIAL DEMANDED |

In relation to Defendants' pending Motion to Dismiss the Complaint Under 35 U.S.C. § 101 (Dkt. 54), Plaintiff Headwater Research LLC respectfully notifies the Court that the parties have exchanged proposed constructions and evidence under Patent L.R. 4-2 for the following claim terms identified for construction by the Court. *See* Ex. A (Plaintiff's Constructions); Ex. B (Defendants' Constructions). Several of these terms are discussed in the parties' briefing on Defendants' Motion to Dismiss as relevant to the § 101 disputes being decided by the Court.

- **U.S. Patent No. 9,198,076**
    - "disallow[]" (Claims 1, 5)
    - "power control state" (Claim 1)
    - "perceiving any benefit from" (Claim 2)

- o "device usage state" (Claim 13)
- o "different state" (Claim 16)

- **U.S. Patent No. 10,749,700**

  - o "an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications" (Claim 1)
  - o "execution time[s]" (Claims 1, 6-8, 10, 20)
  - o "device usage state" (Claim 13)
  - o "an operating system broadcast intent manager" (Claim 16)

| | |
|---|---|
| Dated: May 21, 2024 | Respectfully submitted, |

*/s/ Marc Fenster*
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Brian Ledahl (SBN 186579)
Email: bledahl@raklaw.com
Ben Wang (SBN 228712)
Email: bwang@raklaw.com
Paul Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
James S. Tsuei (SBN 285530)
Email: jtsuei@raklaw.com
Philip Wang (SBN 262239)
Email: pwang@raklaw.com
Amy Hayden (SBN 287026)
Email: ahayden@raklaw.com
Jason M. Wietholter (SBN 337139)
Email: jwietholter@raklaw.com
Kristopher Davis (SBN. 329627)
Email: kdavis@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff, Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of May 2024, with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster