# Exhibit A

Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Brian Ledahl (SBN 186579)
bledahl@raklaw.com
Ben Wang (SBN 228712)
bwang@raklaw.com
Paul Kroeger (SBN 229074)
pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Philip Wang (SBN 262239)
pwang@raklaw.com
Amy Hayden (SBN 287026)
ahayden@raklaw.com
Kristopher Davis (SBN. 329627)
kdavis@raklaw.com
Jason M. Wietholter (SBN 337139)
jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*Headwater Research LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>Defendants. | Case No. 4:23-cv-04496-JST<br><br>**PLAINTIFF HEADWATER'S DISCLOSURE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE FOR '076 AND '700 PATENTS (PATENT L.R. 4-2)**<br><br>Jury Trial Demanded |

Pursuant to Patent L.R. 4-2, Plaintiff Headwater Research LLC ("Headwater") discloses to Defendants Motorola Mobility LLC and Lenovo (United States) Inc. ("Defendants") its list of preliminary claim constructions and extrinsic evidence for U.S. Patent Nos. 9,198,076 ("'076 patent") and 10,749,700 ("'700 patent"). The parties narrowed the proposed terms for construction on May 16 and 17, 2024. This disclosure addresses the parties' currently proposed terms for the '076 and '700 patents and is attached as **Exhibit A**.

Headwater understands that Defendants do not contend that any claim term is governed by 35 U.S.C. § 112(6) because they have not identified any such terms. Patent L.R. 4-1(a) (requiring a party to "identify any claim term which that party contends should be governed by 35 U.S.C. § 112(6)"). Nor do Defendants' disclosures identify any terms they contend are indefinite.

Headwater reserves the right to supplement or amend these disclosures in response to the terms Defendants may propose for construction, the parties' meeting and conferring, Defendants' proposed claim constructions, and as otherwise permitted by the Patent Local Rules or the Court. Headwater's disclosure should not be construed as implying that any claim term is appropriate for or requires construction, is not presented in any order of importance. Headwater does not waive any proposed construction, defense, or position by the submission of this disclosure. In addition to the evidence referenced herein, Headwater reserves the right to rely upon all forms of intrinsic evidence, including but not limited to references cited in the prosecution histories. In addition, Headwater reserves the right to rely on any evidence produced by Defendants, including testimony and/or declarations of one or more percipients or expert witnesses.

For certain claim terms, Headwater may rely upon the expert opinion testimony of Erik de la Iglesia to support Headwater's proposed claim constructions in the form of declarations filed with the Court and/or live testimony at the claim construction hearing, should the Court so desire. Mr. de la Iglesia may testify, if permitted, that one of ordinary skill in the art during the relevant time would have construed the claim terms identified by the parties for construction in the manner Headwater has proposed, and that Headwater's proposed constructions are derived from the intrinsic and, where applicable, extrinsic evidence. Mr. de la Iglesia may testify regarding wireless user devices and the networks to which they communicate, e.g., the technologies addressed by the

'076 and '700 patents. Mr. de la Iglesia may also testify in rebuttal to Defendants' proposed constructions. Mr. de la Iglesia may testify the terms of the '076 and '700 patents are not indefinite and that the claims, in view of the specification and prosecution history, inform those skilled in the art about the scope of the invention with reasonable certainty. Additionally, Headwater may offer Mr. de la Iglesia for the purposes of any tutorial that the Court may choose to conduct.

Dated: May 17, 2024                              Respectfully submitted,

                                                 */s/ Marc Fenster*
                                                 Marc Fenster (SBN 181067)
                                                 Reza Mirzaie (SBN 246953)
                                                 Brian Ledahl (SBN 186579)
                                                 Ben Wang (SBN 228712)
                                                 Paul Kroeger (SBN 229074)
                                                 Neil A. Rubin (SBN 250761)
                                                 James S. Tsuei (SBN 285530)
                                                 Philip Wang (SBN 262239)
                                                 Amy Hayden (SBN 287026)
                                                 Jason M. Wietholter (SBN 337139)
                                                 Kristopher Davis (SBN. 329627)
                                                 **RUSS AUGUST & KABAT**
                                                 12424 Wilshire Boulevard, 12th Floor
                                                 Los Angeles, California 90025
                                                 Telephone: (310) 826-7474
                                                 Facsimile: (310) 826-9226

                                                 *ATTORNEYS FOR PLAINTIFF*
                                                 *HEADWATER RESEARCH LLC*

**EXHIBIT A – HEADWATER'S PRELIMINARY CONSTRUCTIONS AND SUPPORTING EVIDENCE UNDER L.P.R. 4-2**

| # | Claim Term | Proposed Construction and Exemplary Intrinsic / Extrinsic Evidence that Headwater May Rely On |
|---|---|---|
| 1 | "disallow[]"<br><br>9,198,076 Patent, Claim 1, 5 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '076 patent at Abstract; 13:22, 64:66, 68:21, 70:14, 76:3, 85:27-29, 85:66, 86:46, 89:11-12, 91:44-48, 92:15, 102:23-28; claims 1, 5, 8, 13, 14, 16; Examiner's 8/28/2015 Statement of Reasons for Allowance<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |
| 2 | "power control state"<br><br>9,198,076 Patent, Claim 1 | Plain and ordinary meaning, examples of which include a power state of a device, a power save state of a device, or a power state of a modem.<br><br>**Intrinsic Evidence:** '076 patent at Abstract; Figs. 14, 21 (and associated discussion); 7:42-8:3, 65:12-66:36, 69:26-70:29, 72:47-73:26, 84:1-85:20, 88:23-89:43, 93:31-94:9 (and corresponding Figures); claims 1, 3, 5-16; Examiner's 8/28/2015 Statement of Reasons for Allowance. *See also* citations for Term #5 "different state."<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |
| 3 | "perceiving any benefit from"<br><br>9,198,076 Patent, Claim 2 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '076 patent at Abstract; 8:4-22, 8:23-42, 8:43-56; 101:16-39, claims 1, 2<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |

| # | Claim Term | Proposed Construction and Exemplary Intrinsic / Extrinsic Evidence that Headwater May Rely On |
|---|---|---|
| | | *Headwater Research LLC v. Samsung Elecs. Co. Ltd.*, No. 2:22-cv-00422-JRG-RSP (E.D. Tex.), Markman Order (Dkt. 107) and related pleadings/filings/declarations<br><br>Human Machine Interaction: Research Results of the MMI Program (2009), Germany: Springer (HW_MM_00053661- HW_MM_00053668); Webster's II New Riverside Desk Dictionary (HW_MM_00053664) (definition of "perceive"); google.com (HW_MM_00053662) (definition of "perception"); https://www.merriam-webster.com/dictionary/perceive (HW_MM_00053673) (definition of "perceive"); https://www.dictionary.com/browse/perceiving (HW_MM_00053667) (definition of "perceive") |
| 4 | "device usage state"<br><br>9,198,076 Patent, Claim 13 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '076 patent at Abstract; 43:10-32, 76:8-45, 84:35-85:20, 87:46-90:18, 101:16-39 (and corresponding Figures); claims 1, 13<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |
| 5 | "different state"<br><br>9,198,076 Patent, Claim 16 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '076 patent at Abstract; Figs. 14, 21 (and associated discussion); 7:42-8:3, 65:12-66:36, 69:26-70:29, 72:47-73:26, 84:1-85:20, 88:23-89:43, 93:31-94:9 (and corresponding Figures); claims 1, 3, 5, 6, 7, 8, 9, 10-16. *See also* citations for Term #2 "power control state."<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |

| # | Claim Term | Proposed Construction and Exemplary Intrinsic / Extrinsic Evidence that Headwater May Rely On |
|---|---|---|
| 6 | "an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications"<br><br>10,749,700 Patent, claim 1 | "an activity classification engine that dynamically classifies activity corresponding to each of a plurality of executable applications stored on the wireless end-user device to dynamically associate one or more corresponding network access policy controls with each of a plurality of executable applications"<br><br>**Intrinsic Evidence:** '700 patent at Abstract; Figs. 14, 15, 16, 17, 19, 20, 24, 25, 27 (and associated discussion); 8:9-62; 66:38-47, 12:26-30, 12:58-13:42, 48:18-49:13, 59:30-60:13, 73:21-74:15, 77:23-78:22, 86:65-87:9, 98:21-44, 104:30-33; claims 1-5, 12-14, 19.<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |
| 7 | "execution time[s]"<br><br>10,749,700 Patent, claims 1, 6-8, 10, 20 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '700 patent at Abstract; Figs. 4A-4C, 9, 10, 11, 14, 17, 18, 19, 23, 24 (and associated discussion); 9:16-10:15, 11:24-12:19, 13:22-43, 16:7-17:2, 18:47-19:11, 25:49-27:30, 35:23-36:40, 49:14-44, 56:53-57:5, 63:24-50, 65:51-67:67, 69:32-71:55, 85:20-86:64, 87:49-88:57, 92:16-94:29, 95:34-96:13, and 98:45-60 (and associated Figures); claims 1, 6-8, 10 and 20.<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |
| 8 | "device usage state"<br><br>10,749,700 Patent, claim 13 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '700 patent at Abstract; 44:3-25, 77:50-78:22, 86:24-87:9, 91:4-92:16, 103:34-57 (and corresponding Figures); claims 1, 13 |

5

| # | Claim Term | Proposed Construction and Exemplary Intrinsic / Extrinsic Evidence that Headwater May Rely On |
|---|---|---|
| | | **Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |
| 9 | "an operating system broadcast intent manager"<br><br>10,749,700 Patent, claim 16 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '700 patent at Abstract; Figs. 3, 4A-4C, 18, 19, 20, 21, 22 (and associated discussion); 66:38-68:26, 71:56-72:34, 74:64-77:22, 90:18-91:3 (and corresponding Figures); claims 1, 6, 15-18, 20<br><br>**Extrinsic Evidence:**<br>Expert testimony of Erik de la Iglesia regarding the foregoing |

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2024, I served or caused to be served the foregoing document via electronic service on all counsel of record.

*/s/ Marc Fenster*
Marc Fenster