# Exhibit B

Jacob A. Schroeder (SBN 264717)
  jacob.schroeder@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Daniel C. Cooley (*pro hac vice*)
  daniel.cooley@finnegan.com
Daniel M. Jordan (*pro hac vice*)
  dan.jordan@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA, US, 20190-6023
Telephone:     (571) 203-2700
Facsimile:     (571) 203-2777

Andrea G. Mills (*pro hac vice*)
  gracie.mills@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

*Attorneys for Defendants*
*Motorola Mobility LLC and*
*Lenovo (United States) Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>Defendants. | Case No. 4:23-cv-04496-JST<br><br>**DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE RELATING TO U.S. PATENT NOS. 9,198,076 AND 10,749,700** |

## I. PRELIMINARY STATEMENT

Pursuant to Patent L.R. 4-2(a) and (b) and the Court's Scheduling Order (Dkt. No. 46), Defendants Motorola Mobility LLC ("Motorola") and Lenovo (United States) Inc. ("Lenovo US") submit below their preliminary claim constructions and extrinsic evidence related to U.S. Patent Nos. 9,198,076 ("the '076 patent") and 10,749,700 ("the '700 patent"). In addition, Defendants may rely on the expert testimony of Dr. Stephen Wicker in support of Defendants' proposed constructions of the claim terms identified below. Subject to any proposed constructions by Headwater Research LLC ("Headwater") and subsequent discussions between the parties, Defendants may provide testimony from Dr. Wicker to provide tutorial background; to explain the meaning and subject matter of the asserted patent claims as they would have been understood by those of ordinary skill in the art as of the priority dates of the patents; to opine as to the proper construction of various claim terms in light of the intrinsic and extrinsic evidence and/or the understanding of one of ordinary skill in the art; and to rebut Headwater's positions. Defendants also reserve the right to rely on Dr. Wicker and/or the prior art cited in Defendants' invalidity contentions to rebut any expert testimony that Headwater relies on for any claim term.

The below cites to the intrinsic record are exemplary only. Citations of specific claims are understood to include all claims from which the cited claim depends and all claims depending from the cited claim. Defendants reserve the right to rely on other portions of the specification, prosecution history, or prosecution histories of related cases to support their constructions or in response to Plaintiff's claim construction arguments.

Defendants' disclosure is based on their current knowledge, understanding, and beliefs. Discovery is ongoing, and Defendants have not yet completed their investigation, collection of information, or analysis. Defendants reserve their right to amend, revise, and/or supplement this disclosure as additional documents and information become available, and as discovery, investigation, and meet-and-confer with Headwater's counsel proceed.

1  II.     **PRELIMINARY TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**

| U.S. Patent No. 9,198,076 ||||| 
|---|---|---|---|---|
| **Claim Term** | **Claim No(s).** | **Preliminary Construction** | **Intrinsic Evidence** | **Extrinsic Evidence** |
| "power control state" | 1 | Indefinite | '076 Patent, Abstract; 84:35-85:8; 93:31-94:9; Claims 1, 5-15 | Wiley Electrical and Electronics Engineering Dictionary (2004) at 596 (Moto-Len_00076581)<br><br>McGraw-Hill Illustrated Telecom Dictionary, 4th ed. (2001) at 463 ( Moto-Len_00076571)<br><br>Newton's Telecom Dictionary at 733 (Moto-Len_00076577)<br><br>The Authoritative Dictionary of IEEE Standards Terms, 7th ed (2000) at 851 (Moto-Len_00076575)<br><br>Testimony of Dr. Stephen Wicker regarding "power control state" being indefinite<br><br>Deposition Testimony of James Lavine in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (January 31, 2024) |

2                              DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTIONS
                                         CASE NO. 4:23-CV-04496-JST

| | | | | |
|---|---|---|---|---|
| | | | | (HW_MM_00057506) |
| | | | | Deposition testimony of Dr. Douglas Chrissen in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 18, 2023) (HW_MM_00056817) |
| | | | | Deposition testimony of Jeffrey Green in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (February 24, 2024) (HW_MM_00057014) |
| | | | | Deposition testimony of Alireza Raissinia in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 15, 2023) (HW_MM_00057748) |
| "disallow[]" | 1, 5 | "block" | '076 Patent, Abstract; 4:6-21; 13:10-30; 25:22-26:2; 55:43-62; 62:5-30; 64:40-65:11; 65:12-66:3; 66:20-36; 67:24-34; 68:1-52; 69:26-70:22; 75:49-76:3; 85:21-58; | Deposition testimony of Jeffrey Green in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (February 24, |

| | | | | |
|---|---|---|---|---|
| | | | 85:59-86:24; 86:25-65; 89:8-43; 90:19-35; 90:36-91:24; 91:25-67; 92:1-26; 102:23-37; Fig. 27; Claims 1, 5, 8, 13-16 | 2024) (HW_MM_00057014) Deposition Testimony of James Lavine in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (January 31, 2024) (HW_MM_00057506) Deposition testimony of Dr. Douglas Chrissen in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 18, 2023) (HW_MM_00056817) Deposition testimony of Jeffrey Green in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (February 24, 2024) (HW_MM_00057014) Deposition testimony of Alireza Raissinia in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 15, 2023) |

| | | | | |
|---|---|---|---|---|
| | | | | (HW_MM_00057748)<br><br>Testimony of Dr. Stephen Wicker supporting the construction of "disallow[]" as "block" |
| "perceiving any benefit from" | 2 | Indefinite | '076 Patent, 8:4-22; Claims 1-2 | Deposition testimony of Dr. Douglas Chrissen in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 18, 2023) (HW_MM_00056817)<br><br>Deposition testimony of Alireza Raissinia in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 15, 2023) (HW_MM_00057748).<br><br>Testimony of Dr. Stephen Wicker regarding "perceiving any benefit from" being indefinite |
| "device usage state" | 13 | Indefinite | '076 Patent, 76:8-45; 84:35-85:20; Claim 13; Fig. 23 | Testimony of Dr. Stephen Wicker regarding "device |

| | | | | usage state" being indefinite |
|---|---|---|---|---|
| "different state" | 16 | Indefinite | '076 Patent, 72:47-73:26; Claim 16 | Testimony of Dr. Stephen Wicker regarding "different state" being indefinite |

| U.S. Patent No. 10,749,700 ||||| 
|---|---|---|---|---|
| **Claim Term** | **Claim No.** | **Preliminary Construction** | **Intrinsic Evidence** | **Extrinsic Evidence** |
| "an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications" | 1 | Plain meaning; no construction necessary | '700 Patent, 10:66-15:2; 34:35-35:31; 48:18-49:13; 51:37-52:7; 61:48-62:22; 63:24-50; 63:64-66:37; 68:1-26; 68:54-65; 73:21-74:15; 77:23-78:22; 85:20-86:64; 89:40-91:40; 96:14-22; 97:63-98:32; 99:16-23; 99:43-50; 102:45-60; 103:34-57; 103:58-64; Claims 1-5, 19; Abstract; Figs. 14-18, 20, 23-25, 27 | Defendants reserve the right to offer testimony of Dr. Stephen Wicker regarding this term. |
| "execution time[s]" | 1, 6-8, 10, 20 | "scheduled time slot[s]" | '700 Patent, 74:16-63; 74:64-76:5; 86:24-64; 88:16-58; 94:3-28; Claims 1, 6-8, 10, 12, 15-18, 20; Fig. 21 | Testimony of Dr. Stephen Wicker supporting the construction of "execution time[s]" as "scheduled time slot[s]" |

| | | | | |
|---|---|---|---|---|
| "device usage state" | 13 | Indefinite | '700 Patent, 77:50-78:22; 86:24-87:8; Fig. 23, Claim 13 | Testimony of Dr. Stephen Wicker regarding "device usage state" being indefinite |
| "an operating system broadcast intent manager" | 16 | Indefinite | '700 Patent, 66:38-67:49; 71:63-72:33; Claim 16 | Testimony of Dr. Stephen Wicker regarding "an operating system broadcast intent manager" being indefinite |

Dated: May 17, 2024

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: /s/ Daniel C. Cooley
 Daniel C. Cooley
 *Attorneys for Defendants*
 *Motorola Mobility LLC and*
 *Lenovo (United States) Inc.*

# CERTIFICATE OF SERVICE

I, Gail Selburn, hereby certify that on May 17, 2024, a true and correct copy of the following document:

- **DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE RELATING TO U.S. PATENT NOS. 9,198,076 AND 10,749,700**

was served by the indicated means to the person(s) at the address listed below:

| | |
|---|---|
| Marc A. Fenster<br>  mfenster@raklaw.com<br>  rak_headwater@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Brian D. Ledahl<br>  bledahl@raklaw.com<br>Benjamin T. Wang<br>  bwang@raklaw.com<br>Paul A. Kroeger<br>  pkroeger@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>James S. Tsuei<br>  jtsuei@raklaw.com<br>Philip X. Wang<br>  pwang@raklaw.com<br>Amy Hayden<br>  ahayden@raklaw.com<br>Jason M. Wietholter<br>  jwietholter@raklaw.com<br>Kristopher Davis<br>  kdavis@raklaw.com<br>Adam Hoffman<br>  ahoffman@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:     (310) 826-7474<br>Facsimile:      (310) 826-9226 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

*Attorneys for Plaintiff Headwater Research LLC*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 17, 2024, at Sunnyvale, California.

          */s/ Gail Selburn*
          Gail Selburn
          Litigation Legal