| | |
|---|---|
| Jacob A. Schroeder (SBN 264717)<br>  jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Daniel C. Cooley (*pro hac vice*)<br>  daniel.cooley@finnegan.com<br>Daniel M. Jordan (*pro hac vice*)<br>  dan.jordan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP**<br>1875 Explorer Street, 8th Floor<br>Reston, VA, US, 20190-6023<br>Telephone:     (571) 203-2700<br>Facsimile:      (571) 203-2777<br><br>Andrea G. Mills (*pro hac vice*)<br>  gracie.mills@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>*Attorneys for Defendants<br>Motorola Mobility LLC and<br>Lenovo (United States) Inc*. | Marc Fenster<br>   mfenster@raklaw.com<br>Reza Mirzaie<br>   rmirzaie@raklaw.com<br>Brian Ledahl<br>   bledahl@raklaw.com<br>Ben Wang<br>   bwang@raklaw.com<br>Paul Kroeger<br>   pkroeger@raklaw.com<br>Neil A. Rubin<br>   nrubin@raklaw.com<br>James S. Tsuei<br>   jtsuei@raklaw.com<br>Philip Wang<br>   pwang@raklaw.com<br>Amy Hayden<br>   ahayden@raklaw.com<br>Jason M. Wietholter<br>   jwietholter@raklaw.com<br>Kristopher Davis<br>   kdavis@raklaw.com<br>Dale Chang<br>   dchang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-9226<br><br>*Attorneys for Plaintiff<br>Headwater Research LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>               Defendants. | Case No. 4:23-cv-04496-JST<br><br>**JOINT STIPULATION AND PROPOSED STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS.** |

Pursuant to Civil Local Rule 7-12 and the Standing Order for All Civil Cases Before District Judge Jon S. Tigar, the parties respectfully and jointly request that the Court enter their proposed Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, which is attached as Exhibit A to the Declaration of Jacob A. Schroeder. For the reasons also set forth in the Schroeder Declaration filed concurrently herewith, good cause exists for the parties' request.

Dated: June 5, 2024

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: _/s/ Jacob A. Schroeder_
Jacob A. Schroeder
*Attorney for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.*

RUSS AUGUST & KABAT

By: _/s/ Paul A. Kroeger_
Signed with permission from
Paul A. Kroeger
*Attorney for Plaintiff Headwater Research LLC*