| | |
|---|---|
| Jacob A. Schroeder (SBN 264717)<br>  jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Daniel C. Cooley (*pro hac vice*)<br>  daniel.cooley@finnegan.com<br>Daniel M. Jordan (*pro hac vice*)<br>  dan.jordan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>1875 Explorer Street<br>8th Floor<br>Reston, VA, US, 20190-6023<br>Telephone:     (571) 203-2700<br>Facsimile:      (571) 203-2777<br><br>Andrea G. Mills (*pro hac vice*)<br>  gracie.mills@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>*Attorneys for Defendants*<br>*Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* | Marc Fenster<br>  mfenster@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Brian Ledahl<br>  bledahl@raklaw.com<br>Ben Wang<br>  bwang@raklaw.com<br>Paul Kroeger<br>  pkroeger@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>James S. Tsuei<br>  jtsuei@raklaw.com<br>Philip Wang<br>  pwang@raklaw.com<br>Amy Hayden<br>  ahayden@raklaw.com<br>Jason M. Wietholter<br>  jwietholter@raklaw.com<br>Kristopher Davis<br>  kdavis@raklaw.com<br>Dale Chang<br>  dchang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:     (310) 826-7474<br>Facsimile:      (310) 826-9226<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC,<br><br>             Defendants. | Case No. 4:23-cv-04496-JST<br><br>**LOCAL PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Motorola Mobility LLC ("Motorola") and Lenovo (United States) Inc. ("Lenovo US") (collectively, "Defendants") provide this Joint Claim Construction Chart pursuant to Local Patent Rule 4-3.

## I. LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES ARE AGREED ON A CONSTRUCTION (PATENT L.R. 4-3(a))

The parties have narrowed the list of terms with disputed constructions to those reflected below. The parties have agreed on the constructions provided in the chart below:

| U.S. Patent No. 9,198,076 ||
|---|---|
| **Claim Term** | **Parties' Agreed Construction** |
| "disallow[]"  Claim 1, 5 | "block" |

## II. PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (PATENT L.R. 4-3(b))

Pursuant to Patent L.R. 4-3(b), the parties' proposed constructions of disputed terms are provided below along with the intrinsic and extrinsic evidence on which the parties intend to rely.[1]

| U.S. Patent No. 9,198,076 |||
|---|---|---|
| **Claim Term** | **Headwater's Proposed Construction** | **Defendants' Proposed Construction** |
| "perceiving any benefit from"  Claim 2 | No construction necessary; plain and ordinary meaning.  **Intrinsic Evidence:** '076 patent at Abstract; 8:4-22, 8:23-42, 8:43-56; 101:16-39, claims 1, 2  **Extrinsic Evidence:**  *Headwater Research LLC v. Samsung Elecs. Co. Ltd.*, No. 2:22-cv-00422-JRG-RSP (E.D. Tex.), Markman Order (Dkt. 107) and related pleadings/filings/declarations | Indefinite  **Intrinsic Evidence:** '076 Patent, 8:4-22; Claims 1-2  **Extrinsic Evidence:**  Deposition testimony of Dr. Douglas Chrissen in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 |

---

[1] The parties reserve the right to use any evidence cited by the other party.

| | | |
|---|---|---|
| | Human Machine Interaction: Research Results of the MMI Program (2009), Germany: Springer (HW_MM_00053661-HW_MM_00053668); Webster's II New Riverside Desk Dictionary (HW_MM_00053664) (definition of "perceive"); google.com (HW_MM_00053662) (definition of "perception"); https://www.merriam-webster.com/dictionary/perceive (HW_MM_00053673) (definition of "perceive"); https://www.dictionary.com/browse/perceiving (HW_MM_00053667) (definition of "perceive") | (December 18, 2023) (HW_MM_00056817).<br><br>Deposition testimony of Alireza Raissinia in *Headwater Rsrch., LLC v. Samsung Elec. Co.*, No. 2:22-cv-00422 (December 15, 2023) (HW_MM_00057748). |
| **U.S. Patent No. 10,749,700** | | |
| "an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications"<br><br>Claim 1 | "an activity classification engine that dynamically classifies activity corresponding to each of a plurality of executable applications stored on the wireless end-user device to dynamically associate one or more corresponding network access policy controls with each of a plurality of executable applications"<br><br>**Intrinsic Evidence:** '700 patent at Abstract; Figs. 14, 15, 16, 17, 19, 20, 24, 25, 27 (and associated discussion); 8:9-62; 66:38-47, 12:26-30, 12:58-13:42, 48:18-49:13, 59:30-60:13, 73:21-74:15, 77:23-78:22, 86:65-87:9, 98:21-44, 104:30-33; claims 1-5, 12-14, 19. | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '700 Patent, 10:66-15:2; 34:35-35:31; 48:18-49:13; 51:37-52:7; 61:48-62:22; 63:24-50; 63:64-66:37; 68:1-26; 68:54-65; 73:21-74:15; 77:23-78:22; 85:20-86:64; 89:40-91:40; 96:14-22; 97:63-98:32; 99:16-23; 99:43-50; 102:45-60; 103:34-57; 103:58-64; Claims 1-5, 19; Abstract; Figs. 14-18, 20, 23-25, 27. |
| "execution time[s]"<br><br>Claims 1, 6-8, 10, 20 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '700 patent at Abstract; Figs. 4A-4C, 9, 10, 11, 14, 17, 18, 19, 23, 24 | "scheduled time slot[s]"<br><br>**Intrinsic Evidence:** '700 Patent, 74:16-63; 74:64-76:5; 86:24-64; 88:16-58; 94:3-28; |

| | | |
|---|---|---|
| | (and associated discussion); 9:16-10:15, 11:24-12:19, 13:22-43, 16:7-17:2, 18:47-19:11, 25:49-27:30, 35:23-36:40, 49:14-44, 56:53-57:5, 63:24-50, 65:51-67:67, 69:32-71:55, 85:20-86:64, 87:49-88:57, 92:16-94:29, 95:34-96:13, and 98:45-60 (and associated Figures); claims 1, 6-8, 10 and 20. | Claims 1, 6-8, 10, 12, 15-18, 20; Fig. 21. |
| "an operating system broadcast intent manager"<br><br>claim 16 | No construction necessary; plain and ordinary meaning.<br><br>**Intrinsic Evidence:** '700 patent at Abstract; Figs. 3, 4A-4C, 18, 19, 20, 21, 22 (and associated discussion); 66:38-68:26, 71:56-72:34, 74:64-77:22, 90:18-91:3 (and corresponding Figures); claims 1, 6, 15-18, 20 | Indefinite<br><br>**Intrinsic Evidence:** '700 Patent, 66:38-67:49; 71:63-72:33; Claim 16. |

### III.  IDENTIFICATION OF THE TERMS WHOSE CONSTRUCTION WILL BE MOST SIGNIFICANT TO THE RESOLUTION OF THE CASE (PATENT L.R. 4-3(c))

The parties have consolidated their jointly proposed terms for construction to fewer than ten disputed terms. Defendants contend that two terms are indefinite. The parties agree that those terms are dispositive of the asserted patent claims in which they appear.

### IV.  ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(D))

The parties anticipate that the hearing will take no longer than 90 minutes.

### V.  PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(e))

The parties do not currently anticipate calling any witnesses.

### VI.  IDENTIFICATION OF FACTUAL FINDINGS REQUESTED FROM THE COURT (PATENT L.R. 4-3(F))

The parties do not currently request any specific factual findings.

| | | |
|---|---|---|
| 1 | Dated: June 11, 2024 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 2 | | |
| 3 | | By: */s/ Daniel C. Cooley* |
| 4 | | Daniel C. Cooley |
| 5 | | *Attorney for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.* |
| 6 | | |
| 7 | Dated: June 11, 2024 | **RUSS AUGUST & KABAT** |
| 8 | | |
| 9 | | By: */s/ Philip X. Wang* |
| 10 | | Philip X. Wang |
| 11 | | *Attorney for Plaintiff Headwater Research LLC* |

**SIGNATURE ATTESTION**

I hereby attest that concurrence in the filing of this document was obtained from counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.

Dated: June 11, 2024                                      */s/ Philip X. Wang*
                                                          Philip X. Wang
                                                          *Attorney for Plaintiff*
                                                          *Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Dated: June 11, 2024                                      */s/ Philip X. Wang*
                                                          Philip X. Wang
                                                          *Attorney for Plaintiff*
                                                          *Headwater Research LLC*