| | |
|---|---|
| Jacob A. Schroeder (SBN 264717)<br>  jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**  GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Daniel C. Cooley (*pro hac vice*)<br>  daniel.cooley@finnegan.com<br>Daniel M. Jordan (*pro hac vice*)<br>  dan.jordan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**  GARRETT & DUNNER, LLP**<br>1875 Explorer Street<br>8th Floor<br>Reston, VA, US, 20190-6023<br>Telephone:     (571) 203-2700<br>Facsimile:      (571) 203-2777<br><br>Andrea G. Mills (*pro hac vice*)<br>  gracie.mills@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**  GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>*Attorneys for Defendants*<br>*Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* | Marc Fenster<br>  mfenster@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Brian Ledahl<br>  bledahl@raklaw.com<br>Ben Wang<br>  bwang@raklaw.com<br>Paul Kroeger<br>  pkroeger@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>James S. Tsuei<br>  jtsuei@raklaw.com<br>Philip Wang<br>  pwang@raklaw.com<br>Amy Hayden<br>  ahayden@raklaw.com<br>Jason M. Wietholter<br>  jwietholter@raklaw.com<br>Kristopher Davis<br>  kdavis@raklaw.com<br>Dale Chang<br>  dchang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:     (310) 826-7474<br>Facsimile:      (310) 979-8268<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>          Defendants. | CASE NO. 4:23-cv-04496-JST<br><br>**LOCAL RULE 6-2 JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON CLAIM CONSTRUCTION** |

Pursuant to Civil Local Rule 6-2, Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Motorola Mobility LLC ("Motorola") and Lenovo (United States) Inc. ("Lenovo US") (collectively, "Defendants") respectfully file this stipulated request to modify the briefing schedule on claim construction. Plaintiff and Defendants stipulate as follows:

1. The claim construction hearing in this action was originally scheduled for September 9, 2024 but was subsequently continued to November 18, 2024.

2. In light of this rescheduling, the parties agree that additional time for their briefing would be beneficial for both the parties and the Court.

3. Under the proposed extensions, claim construction briefing would conclude more than six weeks before the claim construction hearing.

4. The parties respectfully request the following extensions to the claim construction briefing schedule:

    a. Plaintiff's Opening Brief – August 28, 2024 (currently July 26)
    b. Defendants' Responsive Brief – September 18, 2024 (currently August 9)
    c. Plaintiff's Reply Brief – October 2, 2024 (currently August 16)

5. Pursuant to Local Rule 6-2, there have been two previous modifications of the case schedule. Previously, the deadline for service of infringement contentions was extended by one week, and the deadlines for briefing on Defendants' motion to dismiss were each extended by one week. The modifications requested herein will have no effect on any other dates in the case schedule and will not affect the hearing date.

**NOW THEREFORE IT IS HEREBY STIPULATED, AND THE PARTIES REQUEST THAT THE COURT ORDER THAT:** the deadline for filing of Plaintiff's Opening Claim Construction Brief shall be extended to August 28, 2024; the deadline for filing of Defendants' Responsive Claim Construction Brief shall be extended to September 18, 2024; and the deadline for filing of Plaintiff's Reply Claim Construction Brief shall be extended to October 2, 2024.

| | | |
|---|---|---|
| Dated: July 25, 2024 | | RUSS AUGUST & KABAT |
| | | By: <u>/s/ Jason Wietholter</u><br>Jason Wietholter<br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* |
| Dated: July 25, 2024 | | FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP |
| | | By: <u>/s/ Daniel C. Cooley</u><br>Daniel C. Cooley<br>*Attorneys for Defendants*<br>*Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* |

**[PROPOSED] ORDER**

The deadline for filing of Plaintiff's Opening Claim Construction Brief is extended to August 28, 2024; the deadline for filing of Defendants' Responsive Claim Construction Brief is extended to September 18, 2024; and the deadline for filing of Plaintiff's Reply Claim Construction Brief is extended to October 2, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 29, 2024

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE