Jacob A. Schroeder (SBN 264717)
  jacob.schroeder@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Daniel C. Cooley (*pro hac vice*)
  daniel.cooley@finnegan.com
Daniel M. Jordan (*pro hac vice*)
  dan.jordan@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street
8th Floor
Reston, VA, US, 20190-6023
Telephone:    (571) 203-2700
Facsimile:    (571) 203-2777

Andrea G. Mills (*pro hac vice*)
  gracie.mills@finnegan.com
Alexander E. Harding (*pro hac vice*)
  alexander.harding@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

*Attorneys for Defendants*
*Motorola Mobility LLC and*
*Lenovo (United States) Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | CASE NO. 4:23-cv-04496-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.'S MOTION TO STAY PENDING DETERMINATION OF *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT** |
| v. | |
| MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC., | |
| Defendants. | |

1    The Court having reviewed Defendants Motorola Mobility LLC and Lenovo (United States)

2 Inc.'s Motion To Stay Pending Determination of *Inter Partes* Review of The Patents-In-Suit, and the

3 Declaration of Daniel C. Cooley in support thereof; Plaintiffs' opposition thereto; and Defendants'

4 reply, and after hearing oral argument and good cause appearing therefore, IT IS HEREBY

5 ORDERED THAT:

6    Defendants' Motion to Stay Pending Determination of *Inter Partes* Review of The Patents-

7 In-Suit is GRANTED.

8    **IT IS SO ORDERED.**

9

10

11

12 Dated: _____

        _____

13                                                                   Honorable Jon S. Tigar
                                                                     United States District Court Judge

14                                                                   Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO STAY
CASE NO. 4:23-CV-04496-JST