| | |
|---|---|
| 1 | Jacob A. Schroeder (SBN 264717) |
|  |   jacob.schroeder@finnegan.com |
| 2 | **FINNEGAN, HENDERSON, FARABOW,** |
|  |   **GARRETT & DUNNER, LLP** |
| 3 | 3300 Hillview Avenue |
|  | Palo Alto, CA 94304-1203 |
| 4 | Telephone:   (650) 849-6600 |
|  | Facsimile:    (650) 849-6666 |
| 5 |  |
|  | Daniel C. Cooley (*pro hac vice*) |
| 6 |   daniel.cooley@finnegan.com |
|  | Daniel M. Jordan (*pro hac vice*) |
| 7 |   dan.jordan@finnegan.com |
|  | **FINNEGAN, HENDERSON, FARABOW,** |
| 8 |   **GARRETT & DUNNER, LLP** |
|  | 1875 Explorer Street, 8th Floor |
| 9 | Reston, VA 20190-6023 |
|  | Telephone:   (571) 203-2700 |
| 10 | Facsimile:    (571) 203-2777 |
|  |  |
| 11 | Andrea G. Mills (*pro hac vice*) |
|  |   gracie.mills@finnegan.com |
| 12 | **FINNEGAN, HENDERSON, FARABOW,** |
|  |   **GARRETT & DUNNER, LLP** |
| 13 | 901 New York Avenue NW |
|  | Washington, DC 20001-4413 |
| 14 | Telephone:   (202) 408-4000 |
|  | Facsimile:    (202) 408-4400 |
| 15 |  |
|  | *Attorneys for Defendants* |
| 16 | *Motorola Mobility LLC and* |
|  | *Lenovo (United States) Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | Case No. 4:23-cv-04496-JST |
| Plaintiff, | **DECLARATION OF DANIEL C. COOLEY IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING DETERMINATION OF *INTER PARTES* REVIEW OF THE PATENTS IN SUIT** |
| v. |  |
| MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC., |  |
| Defendants. | Date:     October 10, 2024 |
|  | Time:    2:00 p.m. |
|  | Location: Courtroom 6, 2nd Floor |
|  | Judge:   Hon. Jon S. Tigar |

I, Daniel C. Cooley, under penalty of perjury, declare:

1. I am a Partner at Finnegan, Henderson, Farabow, Garrett & Dunner LLP, counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc. in this litigation. I have been admitted *pro hac vice* to practice law before this Court in this litigation. I submit this declaration in support of Defendants' Motion to Stay Pending Determination of *Inter Partes* Review of the Patents in Suit. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify complete hereto.

2. Attached as Exhibit A is a true and correct copy of Plaintiff Headwater Research LLC's Preliminary Infringement Contentions, served on February 21, 2024.

3. Attached as Exhibit B is a true and correct copy of the Petition in IPR2024-01180, filed on August 12, 2024, challenging claims 1–16 of U.S. Patent No. 9,198,076.

4. Attached as Exhibit C is a true and correct copy of the Petition in IPR2024-01181, filed on August 12, 2024, challenging claims 1–20 of U.S. Patent No. 10,749,700.

5. Attached as Exhibit D is a true and correct copy of "PTAB Trial Statistics FY23 End of Year Outcome Roundup IPR, PGR," available at https://www.uspto.gov/sites/default/files/documents/ptab_aia_fy2023__roundup.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of August, 2024, in Reston, Virginia.

By: ___/s/ *Daniel C. Cooley*___
Daniel C. Cooley