# Exhibit A

RUSS AUGUST & KABAT

Marc Fenster
mfenster@raklaw.com
Reza Mirzaie
rmirzaie@raklaw.com
Brian Ledahl
bledahl@raklaw.com
Ben Wang
bwang@raklaw.com
Paul Kroeger
pkroeger@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Philip Wang
pwang@raklaw.com
Amy Hayden
ahayden@raklaw.com
Jason M. Wietholter
jwietholter@raklaw.com
Kristopher Davis
kdavis@raklaw.com
Dale Chang
dchang@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474 - Telephone
(310) 826-6991- Facsimile

*Attorneys for Plaintiff*
Headwater Research LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | Case No. 4:23-cv-04496-JST |
| *Plaintiff,* | **PLAINTIFF HEADWATER RESEARCH LLC'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS (N.D.Cal. P.L. 3-1)** |
| v. | |
| MOTOROLA MOBILITY LLC, et al., | Judge:   Hon. Jon S. Tigar |
| *Defendant* | |

Plaintiff Headwater Research LLC ("Headwater" or "Plaintiff") provides this Disclosure of Asserted Claims and Infringement Contentions to Defendants. This disclosure is made solely for the purposes of this action.

Discovery in this matter is ongoing, and Headwater's investigation regarding these and other potential grounds of infringement is ongoing. This disclosure is therefore based upon information that Headwater has been able to obtain publicly, together with Headwater's current good faith beliefs and information regarding the Accused Instrumentalities and is given without prejudice to Headwater s right to obtain leave to supplement or amend its disclosure as additional facts are ascertained, analyses are made, research is completed, and claims are construed.

These disclosures are based at least in part upon Headwater's present understanding of the meaning and scope of the claims of U.S. Patent 9,918,076 ("'076 Patent") and U.S. Patent No. 10,749,700 ("'700 Patent") (collectively the "Asserted Patents"). Headwater reserves the right to seek leave to supplement or amend these disclosures if its understanding of the claims changes, including if the Court adopts new or different constructions in this action.

For each accused product identified, Headwater asserts direct infringement under § 271(a) for claims 1-16 of the '076 Patent, and claims 1-20 of the '700 Patent. The claim charts attached as Exhibits A and B identify the specific claims asserted against each product. The product described in the chart is representative of all accused products in that, among other things, all products are mobile phones or tablets that make use of the Android operating system and have similar modems and cellular transmission hardware, and similar displays and interfaces.

The accused products include all mobile phones and tablets sold by Defendants since the issuance of the Asserted Patent. These include all mobile phone and tables listed on https://www.motorola.com/us/, including: Motorola Razr (all versions): including :Motorola Razr 2023, Motorola Razr+ 2023, Motorola Edge (all versions) including: Motorola Edge 2023, Motorola Edge+ 2023, Motorola Edge 2022, Motorola Edge+ 2022, Moto G (all versions) including: Moto G Play 2024, Moto G Stylus 5g 2023, Moto G Stylus 5g 2023, Moto G Stylus 2023, Moto G Power 5G 2023, Thinkphone by Motorola, Lenovo Tab p11 (gen 2), Levnovo smart tab m10 find plus (2nd

1

generation). These also include the Motorola Lumina 735, Droid Maxx, Droid Maxx 2, Droid Mini, Droid Turbo, Droid Turbo 2, Droid X (2nd Gen), Edge 5G UW, Edge+, Edge+ 5G UW, Moto e5 Play, Moto e6, Moto g play (2021), moto g power (2022), moto g pure, moto g stylus 5G (2021), moto g stylus 5G (2022), moto g6, moto g7 play, moto g7 power, Moto X (2nd Gen), Moto Z Force, Moto g6, Moto g7 Play, Moto g7 Power, Moto Z Play, Moto z2 Force Edition, Moto z2 Play, Moto z3, Moto z4, one 5G UW, one 5G UW ace, Razr (2020), and all versions, variations, and other models of phones and tables sold by Motorola since the issuance of the Asserted Patents.

To the extent that Defendants does not directly infringe the claims identified above, it induces infringement by its customers and end users. For induced infringement of these claims, Headwater alleges that Defendants has had knowledge of and notice of the Asserted Patents and its infringement. For example, Defendants and Headwater engaged in discussions in February 2022, about entering into a business relationship. Defendants learned about the Asserted Patents during these discussions. Defendants has induced its customers and end users to infringe the Asserted Patents by using the hard disk drives as set forth in the Asserted Claims. Defendants specifically intends its customers and/or end users infringe the Asserted Patents, either literally or by the doctrine of equivalents, because Defendants has known about the Asserted Patents and how Defendants's products infringe the claims of the Asserted Patents, but Defendants has not taken steps to prevent infringement by its customers and/or end users. Accordingly, Defendants has acted with the specific intent to induce infringement of the Asserted Patents. Thus, Defendants has induced infringement of the Asserted Patents.

Each limitation of each asserted claim in the attached charts is alleged to be present literally. Where Headwater anticipates Defendants' argument against literal infringement, Headwater has also included disclosures pursuant to the doctrine of equivalents. To the extent Defendants argue that other limitations are not present literally, Headwater asserts that the limitation is present under the doctrine of equivalents.

Copies of the asserted patents, and their file histories, are served concurrently herewith.

Pursuant to N.D. Cal. Patent Local Rule 3-1, Headwater states the following:

- Plaintiff contends that the priority date of the asserted patents is at least as early as January 28, 2009.

- Plaintiff alleges that the date of first infringement is the issuance date of the patents-in-suit: November 24, 2015 for the '076 Patent and August 18, 2020 for the '700 Patent.

- Plaintiff alleges that the period of claimed damages starts six years prior to the date of the Complaint: August 30, 2017.

Pursuant to N.D. Cal. Patent Local Rule 3-2, Headwater hereby further states the following:

- Plaintiff is unaware of and documents within its possession custody or control that may evidence the conception, reduction to practice, design and development of the claimed invention which were created before the priority date identified above.

- Plaintiff is producing the assignments evidencing ownership of the patents-in-suit.

- Plaintiff will produce licenses concerning the patents-in-suit following the entry of a Protective Order.

- Plaintiff is unaware of and documents responsive to N.D. Cal. Patent L.R. 3-1(f) – (h) within its possession, custody or control.

Respectfully submitted,
RUSS AUGUST & KABAT

Dated: February 21, 2024          By:   */s/ Marc Fenster*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
James Milkey
CA State Bar No. 281283
Email: jmilkey@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC

RUSS AUGUST & KABAT

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by electronic mail, on August 21, 2020.

*/s/ Reza Mirzaie*
Reza Mirzaie

# U.S. Patent No. 9,198,076 ("'076 Patent")

Accused Devices: Motorola phones, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[pre] A wireless end-user device, comprising: | Motorola phones are each "a wireless end-user device." For example, the Moto G Stylus 5G is a "wireless end-user device."  |
| 1[a] a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN; and; | Motorola phones comprise "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN." For example, the Moto G Stylus 5G includes LTE and 5G modems for communicating with mobile service base stations providing a carrier-provided wireless network. |

| | Moto G Stylus 5G (2022) 8GB ▾ | Motorola Edge (2021) 8+256 N ▾ | Razr (2nd Gen) Polished Grap ▾ |
|---|---|---|---|
| Networks + Bands | North America (Super SKU) 5G^1: N1/2/5/12/14/24/26/29/30/41 /48/66/70/71/77/78 4G: LTE band 1/2/3/4/5/7/8/12/13/17/18/19/ 20/25/26/28/29/30/38/39/4 0/41/48/66/71 | 3G: B1/2/4/5/8 | 2G: GSM band 2/3/5/8 North America (Verizon SKU) 5G^1: N2/5/48/66/77/78 4G: LTE band 1/2/3/4/5/7/12/13/20/48/66 | 3G: B1/2/5/8 | 2G: GSM band 2/3/5/8 | 5G: NR band n2/n5/n25/n41/n66/n71/n77/n 78 4G: LTE band 1/2/3/4/5/7/8/12/13/14/17/18/1 9/20/25/26/29/30/38/39/40 /41/66/71 3G: WCDMA band 1/2/4/5/8 2G: GSM band 2/3/5/8 | Bands 5G: NR Sub-6GHz | 4G: LTE (DL Cat 18) 3G: UMTS / HSPA+ | 2G: GSM / EDGE Bands 5G: sub-6GHz band n2/n5/n25/n41/n66 HPUE/n66/n71/n78 4G: LTE band 1/2/3/4/5/7/8/12/13/14/17/18/1 9/20/25/26/28/29/30/38/39 /40/41/41 HPUE/46/48/66/71 3G: UMTS band 1/2/4/5/8 2G: CDMA band 0/1/10 2G: GSM band 2/3/5/8 |
| Bluetooth Technology | Bluetooth 5.1 | Bluetooth 5.2 | Bluetooth 5.1 |
| NFC | Yes | Yes | Yes |
| Wi-Fi | Wi-Fi 802.11 a/b/g/n/ac | 2.4GHz & 5GHz| Wi-Fi hotspot | Wi-Fi 802.11 a/b/g/n/ac/ax 2.4 GHz | 5 GHz | 6 GHz Wi-Fi 6E WiFi hotspot | Wi-Fi 802.11 a/b/g/n/ac | 2.4 GHz + 5 GHz | Wi-Fi hotspot |
| Location Services | GPS, A-GPS, LTEPP, SUPL, GLONASS, Galileo, Bediou | GPS AGPS LTEPP SUPL Glonass Galileo | GPS, A-GPS, GLONASS, Galileo |
| SIM Card | Single SIM (1 Nano SIM) | Single SIM | Dual SIM (1 Nano SIM + 1 eSIM) Note: microSD and other storage cards not supported in the SIM card slot |

https://www.motorola.com/us/compare-smartphones

| 1[b] one or more processors configured to, for a time when data communication for Internet service activities is provided by the WWAN modem and the at least one WWAN, | Motorola phones comprise "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN." For example, the Moto G Stylus 5G includes a MediaTek Dimensity 700 processor. |
|---|---|

| | Moto G 5G (2022) 6+256GB ▾ | Motorola Edge (2021) 8+256 ▾ | Razr (2nd Gen) Polished Graph ▸ |
|---|---|---|---|
| Operating System | Android™ 12 with easy access to the Google apps you use most | Android™ 11 | Android™ 10 with easy access to the Google apps you use most |
| Sensors | Notification LED type, Fingerprint reader, Proximity sensor, Accelerometer, Ambient Light sensor, Gyroscope, e-compass, Barometer | Proximity, Ambient light, Accelerometer, Gyroscope, Magnetometer (compass), Barometer | Accelerometer, Magnetometer (compass), Gyro, Barometer, Ultrasonic, Proximity, Ambient Light, SAR |
| Processor | MediaTek Dimensity 700 | Qualcomm® Snapdragon™ 778G mobile platform Adreno™ 642L GPU | Qualcomm® Snapdragon™ 765G Adreno™ 620 GPU |
| Expandable Storage | Up to 512GB microSD card expandable[7] | N/A | N/A |
| Internal Storage | 256GB | 256GB | 256GB built-in[8] |
| Memory (RAM) | 6GB[5] | 8 GB | 8GB |

https://www.motorola.com/us/compare-smartphones

| 1[c] classify whether a first end-user application associated with an Internet access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground, and | Motorola phones comprise a processor which "classif[ies] whether a first end-user application associated with an Internet access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground." As shown in the exemplary citations, the Moto G Stylus 5G uses a "data saver" mode which classifies which application state (for example, "background" or "foreground") applies to a given application. The Moto G Stylus 5G determines which network service usage control policy to apply based on such application states as well as a power control state, such as the Moto G Stylus's "Battery Saver" mode, as shown in the below exemplary citations. |
|---|---|



More features you'll appreciate

Effortless safety with
Android™ 12

Improved privacy features and a reimagined UI
give you more control over your smartphone
experience, so you can focus on the things that
matter.

https://www.motorola.com/us/smartphones-moto-g-stylus-5g-gen-2/p?skuId=781;



# moto g stylus 5G (2022) - User Guide (HTML)

🏠 moto g stylus 5G (2022)                                                    🔍

## Restrict background data

**About background data**

Even when you're not actively using them, most apps use data in the background to sync information and deliver notifications.

To conserve data when you're running low, you can use Data Saver to turn off background data for all apps. Or, to restrict background data used by an app indefinitely, you can turn off background data specifically for that app.

**Notifications only when you open the app**

When you turn off background data for an app, it won't sync until you open it, so you will receive NO notifications until you open the app and it syncs.

**Restrict for all apps when you're low**

1. Go to **Settings** > **Network & internet** > **Data Saver**.

2. Turn **Use Data Saver** on ⬤.

   You'll see ⊕ in your status bar and all apps are prevented from using background data.

3. To allow certain apps to continue using background data, touch **Unrestricted data**, then next to the app name, slide the switch on ⬤.

**Restrict for specific apps indefinitely**

1. Go to **Settings** > **Network & internet** > **Mobile network**.

2. Touch **App data usage**.

3. Touch an app, then turn **Background data** off ⬤.



### moto g stylus 5G (2022) - User Guide (HTML)

moto g stylus 5G (2022)

## Use Battery Saver mode

### When Battery Saver is on

Battery Saver helps you keep going on a low battery until the next charge.

To save power, your phone will:

- Turn on Dark theme (You can turn it off, but that uses more battery.)
- Lower the refresh rate
- Turn off Live Caption
- Wait until you look at an app to refresh its content, like email or news
- Stop apps from doing things in the background (like listening for you to say "Hey Google")
- Stop using Location services when your screen is off

When the phone is in Battery Saver mode, you'll see ⬐ in the status bar.



# moto g stylus 5G (2022) - User Guide (HTML)

moto g stylus 5G (2022)

## Turn Battery Saver on or off

**Turn it on/off yourself**

Open quick settings and touch .

**Have it turn on automatically**

To turn on when your battery is below a specified level:

1. Open quick settings, then touch & hold .
2. Touch **Battery Saver** > **Set a schedule** > **Based on percentage**.
3. Move the slider to adjust the percentage when Battery Saver switches on.

**Tip**
Battery Saver turns off while your phone is charging. It turns back on when you unplug the phone.

**Let it turn off when your phone is charged**

To turn off automatically when your battery reaches 90%:

1. Open quick settings, then touch & hold .
2. Touch **Battery Saver**.
3. Make sure **Turn off when charged** is on .

https://motorola-global-portal-en-ca.custhelp.com/app/answers/detail/a_id/156805/~/moto-g-stylus-5g-%282022%29---user-guide-%28html%29 (Moto G Stylus 5G User Guide, 2022 HTML Version); *see also* https://motorola-global-portal.custhelp.com/app/answers/detail/a_id/160188/~/moto-g-stylus-5g (Moto G Stylus 5G User Guide, 2022 HTML Version, PDF Version).

Further, Motorola phones comprise the Android operating system which "classif[ies] whether a first end-user application associated with an Internet access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground." *See, e.g.,*

1. A **foreground process** is one that is required for what the user is currently doing. Various application components can cause its containing process to be considered foreground in different ways. A process is considered to be in the foreground if any of the following conditions hold:

    - It is running an `Activity` at the top of the screen that the user is interacting with (its `onResume()` method has been called).

    - It has a `BroadcastReceiver` that is currently running (its `BroadcastReceiver.onReceive()` method is executing).

    - It has a `Service` that is currently executing code in one of its callbacks ( `Service.onCreate()` , `Service.onStart()` , or `Service.onDestroy()` ).

    There will only ever be a few such processes in the system, and these will only be killed as a last resort if memory is so low that not even these processes can continue to run. Generally, at this point, the device has reached a memory paging state, so this action is required in order to keep the user interface responsive.

https://developer.android.com/guide/components/activities/process-lifecycle;

## Definition of background work

An app is running in the *background* when both the following conditions are satisfied:

- None of the app's activities are currently visible to the user.

- The app isn't running any foreground services that started while an activity from the app was visible to the user.

Otherwise, the app is running in the *foreground*.

https://developer.android.com/guide/background;

## Services overview 🔖 ▾

A `Service` is an application component that can perform long-running operations in the background. It does not provide a user interface. Once started, a service might continue running for some time, even after the user switches to another application. Additionally, a component can bind to a service to interact with it and even perform interprocess communication (IPC). For example, a service can handle network transactions, play music, perform file I/O, or interact with a content provider, all from the background.

<table>
<tr><td></td><td>

## Types of Services

These are the three different types of services:

**Foreground**

A foreground service performs some operation that is noticeable to the user. For example, an audio app would use a foreground service to play an audio track. Foreground services must display a Notification. Foreground services continue running even when the user isn't interacting with the app.

When you use a foreground service, you must display a notification so that users are actively aware that the service is running. This notification cannot be dismissed unless the service is either stopped or removed from the foreground.

Learn more about how to configure foreground services in your app.

 **Note:** The WorkManager API offers a flexible way of scheduling tasks, and is able to run these jobs as foreground services if needed. In many cases, using WorkManager is preferable to using foreground services directly.

**Background**

A background service performs an operation that isn't directly noticed by the user. For example, if an app used a service to compact its storage, that would usually be a background service.

 **Note:** If your app targets API level 26 or higher, the system imposes restrictions on running background services when the app itself isn't in the foreground. In most situations, for example, you shouldn't access location information from the background. Instead, schedule tasks using WorkManager.

https://developer.android.com/guide/components/services;
https://developer.android.com/develop/background-work/services/foreground-services.
</td></tr>
<tr><td>1[d] allow or disallow the Internet access request based on the classification as to whether the first end-user application is interacting with the user and based on a power control state, such that</td><td>Motorola phones comprise a processor which "allow or disallow the Internet access request based on the classification as to whether the first end-user application is interacting with the user and based on a power control state." As shown in the exemplary citations, the Moto G Stylus 5G determines which network service usage control policy to apply based on such application states as well as a power control state, such as the Moto G Stylus's "Battery Saver" mode, as shown in the below exemplary citations.</td></tr>
</table>





# moto g stylus 5G (2022) - User Guide (HTML)

moto g stylus 5G (2022)

## Use Battery Saver mode

### When Battery Saver is on

Battery Saver helps you keep going on a low battery until the next charge.

To save power, your phone will:

- Turn on Dark theme (You can turn it off, but that uses more battery.)
- Lower the refresh rate
- Turn off Live Caption
- Wait until you look at an app to refresh its content, like email or news
- Stop apps from doing things in the background (like listening for you to say “Hey Google”)
- Stop using Location services when your screen is off

When the phone is in Battery Saver mode, you'll see in the status bar.

moto g stylus 5G (2022) - User Guide (HTML)

moto g stylus 5G (2022)

Turn Battery Saver on or off

**Turn it on/off yourself**

Open quick settings and touch [battery icon].

**Have it turn on automatically**

To turn on when your battery is below a specified level:

1. Open quick settings, then touch & hold [battery icon].
2. Touch **Battery Saver** > **Set a schedule** > **Based on percentage**.
3. Move the slider to adjust the percentage when Battery Saver switches on.

**Tip**

Battery Saver turns off while your phone is charging. It turns back on when you unplug the phone.

**Let it turn off when your phone is charged**

To turn off automatically when your battery reaches 90%:

1. Open quick settings, then touch & hold [battery icon].
2. Touch **Battery Saver**.
3. Make sure **Turn off when charged** is on [toggle].

https://motorola-global-portal-en-ca.custhelp.com/app/answers/detail/a_id/156805/~/moto-g-stylus-5g-%282022%29---user-guide-%28html%29 (Moto G Stylus 5G User Guide, 2022 HTML Version); *see also* https://motorola-global-portal.custhelp.com/app/answers/detail/a_id/160188/~/moto-g-stylus-5g (Moto G Stylus 5G User Guide, 2022 HTML Version, PDF Version).

Further, Motorola phones comprise the Android operating system which "allow or disallow the Internet access request based on the classification as to whether the first end-user application is interacting with the user and based on a power control state." *See, e.g.,*

## Optimize for Doze and App Standby

Starting from Android 6.0 (API level 23), Android introduces two power-saving features that extend battery life for users by managing how apps behave when a device is not connected to a power source. *Doze* reduces battery consumption by deferring background CPU and network activity for apps when the device is unused for long periods of time. *App Standby* defers background network activity for apps with which the user has not recently interacted.

While the device is in Doze, apps' access to certain battery-intensive resources is deferred until maintenance windows. The specific restrictions are listed in Power Management Restrictions.

Doze and App Standby manage the behavior of all apps running on Android 6.0 or higher, regardless whether they are specifically targeting API level 23. To ensure the best experience for users, test your app in Doze and App Standby modes and make any necessary adjustments to your code. The sections below provide details.

### Understanding Doze

If a user leaves a device unplugged and stationary for a period of time, with the screen off, the device enters Doze mode. In Doze mode, the system attempts to conserve battery by restricting apps' access to network and CPU-intensive services. It also prevents apps from accessing the network and defers their jobs, syncs, and standard alarms.

Periodically, the system exits Doze for a brief time to let apps complete their deferred activities. During this *maintenance window*, the system runs all pending syncs, jobs, and alarms, and lets apps access the network.



**Figure 1.** Doze provides a recurring maintenance window for apps to use the network and handle pending activities.

At the conclusion of each maintenance window, the system again enters Doze, suspending network access and deferring jobs, syncs, and alarms. Over time, the system schedules maintenance windows less and less frequently, helping to reduce battery consumption in cases of longer-term inactivity when the device is not connected to a charger.

As soon as the user wakes the device by moving it, turning on the screen, or connecting a charger, the system exits Doze and all apps return to normal activity.

The Doze restriction on network access is also likely to affect your app, especially if the app relies on real-time messages such as tickles or notifications. If your app requires a persistent connection to the network to receive messages, you should use Firebase Cloud Messaging (FCM) if possible.

## Understanding App Standby

App Standby allows the system to determine that an app is idle when the user is not actively using it. The system makes this determination when the user does not touch the app for a certain period of time and none of the following conditions applies:

- The user explicitly launches the app.

- The app has a process currently in the foreground (either as an activity or foreground service, or in use by another activity or foreground service).

     **Note:** You should only use a <u>foreground service</u> for tasks the user expects the system to execute immediately or without interruption. Such cases include uploading a photo to social media, or playing music even while the music-player app is not in the foreground. You should not start a foreground service simply to prevent the system from determining that your app is idle.

- The app generates a notification that users see on the lock screen or in the notification tray.

- The app is an active device admin app (for example, a device policy controller). Although they generally run in the background, device admin apps never enter App Standby because they must remain available to receive policy from a server at any time.

When the user plugs the device into a power supply, the system releases apps from the standby state, allowing them to freely access the network and to execute any pending jobs and syncs. If the device is idle for long periods of time, the system allows idle apps network access around once a day.

https://developer.android.com/training/monitoring-device-state/doze-standby.

# App Standby Buckets 🔖 ⌄

Android 9 (API level 28) and higher support **App Standby Buckets**. App Standby Buckets help the system prioritize apps' requests for resources based on how recently and how frequently the apps are used. Based on app usage patterns, each app is placed in one of five priority **buckets**. The system limits the device resources available to each app based on which bucket the app is in.

## Priority buckets

The system dynamically assigns each app to a priority bucket, reassigning the apps as needed. The system may rely on a preloaded app that uses machine learning to determine how likely each app is to be used, and assigns apps to the appropriate buckets. If the system app is not present on a device, the system defaults to sorting apps based on how recently they were used. More active apps are assigned to buckets that give the apps higher priority, making more system resources available to the app. In particular, the bucket determines how frequently the app's jobs run, and how often the app can trigger alarms. These restrictions apply only while the device is on battery power; the system does not impose these restrictions on apps while the device is charging.

>  **Note:** Every manufacturer can set their own criteria for how non-active apps are assigned to buckets. You should not try to influence which bucket your app is assigned to. Instead, focus on making sure your app behaves well in whatever bucket it might be in. Your app can find out what bucket it's currently in by calling `UsageStatsManager.getAppStandbyBucket()`.

The buckets are:

1. Active: App is currently being used or was very recently used.
2. Working set: App is in regular use.
3. Frequent: App is often used, but not every day.
4. Rare: App is not frequently used.
5. Restricted: App consumes a great deal of system resources, or may exhibit undesirable behavior.

In addition, there's a special **never** bucket for apps that have been installed but have never been run. The system imposes severe restrictions on these apps.

https://developer.android.com/topic/performance/appstandby;
https://developer.android.com/about/versions/pie/power;

# Power Management 🔖 ▾

Battery life is a perennial user concern. To extend battery life, Android continually adds new features to help the platform optimize the off-charger behavior of apps and devices.

Android includes the following battery life enhancements:

- App restrictions. The platform can suggest apps that negatively affect battery life, so that users can choose to restrict those apps from consuming resources. Apps aren't background restricted by default.

- App standby. The platform can place unused apps in App standby mode, temporarily restricting network access and deferring syncs and jobs for those apps.

- Doze. The platform can enter a state of deep sleep (periodically resuming normal operations) if users haven't actively used their device (screen off and stationary) for extended periods of time. Android 7.0 and higher also enables Doze to trigger a lighter set of optimizations when users turn off the device screen yet continue to move around.

- Limiting power transfer during USB backup and restore. When performing a USB backup or restore, set the `UsbPort` class's `enableLimitPowerTransfer` method to `true` to disable charging and limit the sourcing power. To verify that power is limited, call `UsbPortStatus` class's `isPowerTransferLimited` method. When `isPowerTransferLimited` is `true`, the Android device reduces the power draw as a sink to 0 (or the lowest possible value allowed by hardware) and limits the source current to 0. Limiting source power can be enforced only when both port partners support USB power delivery (PD) specification. To return power usage to the defatult state, set `enableLimitPowerTransfer` to `false`. The default state is also returned when the USB cable is disconnected.

- Exemptions. Preloaded system apps and cloud messaging services are typically exempted from App standby and Doze by default. App developers can use intents to apply these settings to their apps. Users can exempt apps from App standby and Doze power-saving modes in the Settings menu.

- Trackers. App background behavior trackers monitor apps' foreground and background battery usage to determine if the apps violate some policy.

https://source.android.com/docs/core/power/mgmt.

| 1[e] when the power control state is at least one other power control state, the Internet access request is allowed. | Motorola phones comprise a processor which "when the power control state is at least one other power control state, the Internet access request is allowed." As shown in the exemplary citations, the Moto G Stylus 5G allows internet access requests when "Battery Saver" is disabled and the application is not interacting with the user, as shown in the below exemplary citations.<br><br> |



# moto g stylus 5G (2022) - User Guide (HTML)

moto g stylus 5G (2022)

## Turn Battery Saver on or off

**Turn it on/off yourself**

Open quick settings and touch [battery icon].

**Have it turn on automatically**

To turn on when your battery is below a specified level:

1. Open quick settings, then touch & hold [battery icon].
2. Touch **Battery Saver** > **Set a schedule** > **Based on percentage**.
3. Move the slider to adjust the percentage when Battery Saver switches on.

**Tip**
Battery Saver turns off while your phone is charging. It turns back on when you unplug the phone.

**Let it turn off when your phone is charged**

To turn off automatically when your battery reaches 90%:

1. Open quick settings, then touch & hold [battery icon].
2. Touch **Battery Saver**.
3. Make sure **Turn off when charged** is on [toggle].

https://motorola-global-portal-en-ca.custhelp.com/app/answers/detail/a_id/156805/~/moto-g-stylus-5g-%282022%29---user-guide-%28html%29 (Moto G Stylus 5G User Guide, 2022 HTML Version); *see also* https://motorola-global-portal.custhelp.com/app/answers/detail/a_id/160188/~/moto-g-stylus-5g (Moto G Stylus 5G User Guide, 2022 HTML Version, PDF Version)

Motorola phones comprise a processor which "when the power control state is a first power control state and the first end-user application is classified as not interacting with the user, the Internet access request is disallowed." As shown in the exemplary citations, the Moto G Stylus 5G disallows internet access requests when "Battery Saver" is enabled and the application is not interacting with the user, as shown in the below exemplary citations.





moto g stylus 5G (2022) - User Guide (HTML)

moto g stylus 5G (2022)

## Turn Battery Saver on or off

**Turn it on/off yourself**

Open quick settings and touch .

**Have it turn on automatically**

To turn on when your battery is below a specified level:

1. Open quick settings, then touch & hold .
2. Touch **Battery Saver** > **Set a schedule** > **Based on percentage**.
3. Move the slider to adjust the percentage when Battery Saver switches on.

**Tip**
Battery Saver turns off while your phone is charging. It turns back on when you unplug the phone.

**Let it turn off when your phone is charged**

To turn off automatically when your battery reaches 90%:

1. Open quick settings, then touch & hold .
2. Touch **Battery Saver**.
3. Make sure **Turn off when charged** is on .

https://motorola-global-portal-en-ca.custhelp.com/app/answers/detail/a_id/156805/~/moto-g-stylus-5g-%282022%29---user-guide-%28html%29 (Moto G Stylus 5G User Guide, 2022 HTML Version); *see also* https://motorola-global-portal.custhelp.com/app/answers/detail/a_id/160188/~/moto-g-stylus-5g (Moto G Stylus 5G User Guide, 2022 HTML Version, PDF Version).

Further, Motorola phones comprise the Android operating system which "when the power control state is at least one other power control state, the Internet access request is allowed." *See, e.g.,*

## Optimize for Doze and App Standby

Starting from Android 6.0 (API level 23), Android introduces two power-saving features that extend battery life for users by managing how apps behave when a device is not connected to a power source. *Doze* reduces battery consumption by deferring background CPU and network activity for apps when the device is unused for long periods of time. *App Standby* defers background network activity for apps with which the user has not recently interacted.

While the device is in Doze, apps' access to certain battery-intensive resources is deferred until maintenance windows. The specific restrictions are listed in Power Management Restrictions.

Doze and App Standby manage the behavior of all apps running on Android 6.0 or higher, regardless whether they are specifically targeting API level 23. To ensure the best experience for users, test your app in Doze and App Standby modes and make any necessary adjustments to your code. The sections below provide details.

## Understanding Doze

If a user leaves a device unplugged and stationary for a period of time, with the screen off, the device enters Doze mode. In Doze mode, the system attempts to conserve battery by restricting apps' access to network and CPU-intensive services. It also prevents apps from accessing the network and defers their jobs, syncs, and standard alarms.

Periodically, the system exits Doze for a brief time to let apps complete their deferred activities. During this *maintenance window*, the system runs all pending syncs, jobs, and alarms, and lets apps access the network.



**Figure 1.** Doze provides a recurring maintenance window for apps to use the network and handle pending activities.

At the conclusion of each maintenance window, the system again enters Doze, suspending network access and deferring jobs, syncs, and alarms. Over time, the system schedules maintenance windows less and less frequently, helping to reduce battery consumption in cases of longer-term inactivity when the device is not connected to a charger.

As soon as the user wakes the device by moving it, turning on the screen, or connecting a charger, the system exits Doze and all apps return to normal activity.

The Doze restriction on network access is also likely to affect your app, especially if the app relies on real-time messages such as tickles or notifications. If your app requires a persistent connection to the network to receive messages, you should use Firebase Cloud Messaging (FCM) if possible.

## Understanding App Standby

App Standby allows the system to determine that an app is idle when the user is not actively using it. The system makes this determination when the user does not touch the app for a certain period of time and none of the following conditions applies:

- The user explicitly launches the app.
- The app has a process currently in the foreground (either as an activity or foreground service, or in use by another activity or foreground service).

   **Note:** You should only use a foreground service for tasks the user expects the system to execute immediately or without interruption. Such cases include uploading a photo to social media, or playing music even while the music-player app is not in the foreground. You should not start a foreground service simply to prevent the system from determining that your app is idle.

- The app generates a notification that users see on the lock screen or in the notification tray.
- The app is an active device admin app (for example, a device policy controller). Although they generally run in the background, device admin apps never enter App Standby because they must remain available to receive policy from a server at any time.

When the user plugs the device into a power supply, the system releases apps from the standby state, allowing them to freely access the network and to execute any pending jobs and syncs. If the device is idle for long periods of time, the system allows idle apps network access around once a day.

https://developer.android.com/training/monitoring-device-state/doze-standby.

# App Standby Buckets 🔖 ▾

Android 9 (API level 28) and higher support **App Standby Buckets**. App Standby Buckets help the system prioritize apps' requests for resources based on how recently and how frequently the apps are used. Based on app usage patterns, each app is placed in one of five priority **buckets**. The system limits the device resources available to each app based on which bucket the app is in.

## Priority buckets

The system dynamically assigns each app to a priority bucket, reassigning the apps as needed. The system may rely on a preloaded app that uses machine learning to determine how likely each app is to be used, and assigns apps to the appropriate buckets. If the system app is not present on a device, the system defaults to sorting apps based on how recently they were used. More active apps are assigned to buckets that give the apps higher priority, making more system resources available to the app. In particular, the bucket determines how frequently the app's jobs run, and how often the app can trigger alarms. These restrictions apply only while the device is on battery power; the system does not impose these restrictions on apps while the device is charging.

 **Note:** Every manufacturer can set their own criteria for how non-active apps are assigned to buckets. You should not try to influence which bucket your app is assigned to. Instead, focus on making sure your app behaves well in whatever bucket it might be in. Your app can find out what bucket it's currently in by calling `UsageStatsManager.getAppStandbyBucket()`.

The buckets are:

1. Active: App is currently being used or was very recently used.
2. Working set: App is in regular use.
3. Frequent: App is often used, but not every day.
4. Rare: App is not frequently used.
5. Restricted: App consumes a great deal of system resources, or may exhibit undesirable behavior.

In addition, there's a special **never** bucket for apps that have been installed but have never been run. The system imposes severe restrictions on these apps.

https://developer.android.com/topic/performance/appstandby;
https://developer.android.com/about/versions/pie/power;

# Power Management 🔖 ▾

Battery life is a perennial user concern. To extend battery life, Android continually adds new features to help the platform optimize the off-charger behavior of apps and devices.

Android includes the following battery life enhancements:

- **App restrictions.** The platform can suggest apps that negatively affect battery life, so that users can choose to restrict those apps from consuming resources. Apps aren't background restricted by default.

- **App standby.** The platform can place unused apps in App standby mode, temporarily restricting network access and deferring syncs and jobs for those apps.

- **Doze.** The platform can enter a state of deep sleep (periodically resuming normal operations) if users haven't actively used their device (screen off and stationary) for extended periods of time. Android 7.0 and higher also enables Doze to trigger a lighter set of optimizations when users turn off the device screen yet continue to move around.

- Limiting power transfer during USB backup and restore. When performing a USB backup or restore, set the `UsbPort` class's `enableLimitPowerTransfer` method to `true` to disable charging and limit the sourcing power. To verify that power is limited, call `UsbPortStatus` class's `isPowerTransferLimited` method. When `isPowerTransferLimited` is `true`, the Android device reduces the power draw as a sink to 0 (or the lowest possible value allowed by hardware) and limits the source current to 0. Limiting source power can be enforced only when both port partners support USB power delivery (PD) specification. To return power usage to the default state, set `enableLimitPowerTransfer` to `false`. The default state is also returned when the USB cable is disconnected.

- **Exemptions.** Preloaded system apps and cloud messaging services are typically exempted from App standby and Doze by default. App developers can use intents to apply these settings to their apps. Users can exempt apps from App standby and Doze power-saving modes in the Settings menu.

- **Trackers.** App background behavior trackers monitor apps' foreground and background battery usage to determine if the apps violate some policy.

https://source.android.com/docs/core/power/mgmt.

**Claim 2**

| 2. The wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is interacting with the user in the device user interface foreground when the user of the device is directly interacting with that application or perceiving any benefit from that application. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is interacting with the user in the device user interface foreground when the user of the device is directly interacting with that application or perceiving any benefit from that application."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 3**

| 3. The wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is interacting with the user in the device user interface foreground based on a state of user interface priority for the application. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is interacting with the user in the device user interface foreground based on a state of user interface priority for the application."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 4**

| 4. The wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is not interacting with the user in the device user interface foreground when the application is providing or utilizing a background data service. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is not interacting with the user in the device user interface foreground when the application is providing or utilizing a background data service."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 5**

| 5. The wireless end-user device of claim 1, further comprising, when the Internet access request is disallowed, queuing the Internet access request until a power control state change occurs. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, further comprising, when the Internet access request is disallowed, queuing the Internet access request until a power control state change occurs."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 6**

| 6. The wireless end-user device of claim 1, wherein the one or more processors are further configured to, for at least a second application or service, allow Internet access requests in the first power control state without regard to whether the second application or service is classified as interacting with the user. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are further configured to, for at least a second application or service, allow Internet access requests in the first power control state without regard to whether the second application or service is classified as interacting with the user."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 7**

| 7. The wireless end-user device of claim 1, wherein the one or more processors are further configured to allow the Internet access request when the power control state is the first power control state and the first end-user application is classified as interacting with the user. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are further configured to allow the Internet access request when the power control state is the first power control state and the first end-user application is classified as interacting with the user."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 8**

| 8. The wireless end-user device of claim 1, further comprising a user interface, wherein the user interface is to inform the user of the device when there are options to set, control, override, or modify service usage controls that affect the processor configuration that determines | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, further comprising a user interface, wherein the user interface is to inform the user of the device when there are options to set, control, override, or modify service usage controls that affect the processor configuration that determines whether to allow or disallow Internet access requests in the first power control state."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

| | |
|---|---|
| whether to allow or disallow Internet access requests in the first power control state. | |

## Claim 9

| | |
|---|---|
| 9. The wireless end-user device of claim 1, further comprising | The Accused Instrumentalities comprise the "wireless end-user device of claim 1."<br><br>See, for example, the disclosures identified for claim 1. |
| a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the at least one WLAN, | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, further comprising a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the at least one WLAN."<br><br>*See*, for example, the disclosures identified for claim 1[a]-[b]. |
| wherein the one or more processors are further configured to allow the Internet access request when the WLAN modem provides data communication for the Internet access request and the power control state is the first power control state. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, further comprising … wherein the one or more processors are further configured to allow the Internet access request when the WLAN modem provides data communication for the Internet access request and the power control state is the first power control state."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

## Claim 10

| | |
|---|---|
| 10. The wireless end-user device of claim 1, wherein the power control state is a power state of the device. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the power control state is a power state of the device."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

## Claim 11

| | |
|---|---|
| 11. The wireless end-user device of claim 1, wherein the first power control state is a power save state of the device. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the first power control state is a power save state of the device." |

| | *See*, for example, the disclosures identified for claim 1[c]-[e]. |
|---|---|

**Claim 12**

| 12. The wireless end-user device of claim 1, wherein the power control state is a power state of the WWAN modem. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the power control state is a power state of the WWAN modem." |
|---|---|
| | *See*, for example, the disclosures identified for claim 1[c]-[e] as well as the following disclosures. |
| |  |

## The radio state machine

The wireless radio on your user's device has built-in power-saving features that help minimize the amount of battery power it consumes. When fully active, the wireless radio consumes significant power, but when inactive or in standby, the radio consumes very little power.

One important factor to remember is that the radio cannot move from standby to fully active instantaneously. There is a latency period associated with "powering up" the radio. So the battery transitions from higher energy states to lower energy states slowly in order to conserve power when not in use while attempting to minimize the latency associated with "powering up" the radio.

The state machine for a typical 3G network radio consists of three energy states:

- **Full power**: Used when a connection is active, allowing the device to transfer data at its highest possible rate.

- **Low power**: An intermediate state that cuts battery power consumption by around 50%.

- **Standby**: The minimal power-consuming state during which no network connection is active.

While the low and standby states drain significantly less battery, they also introduce significant latency to network requests. Returning to full power from the low state takes around 1.5 seconds, and moving from standby to full power can take over 2 seconds.

To minimize latency, the state machine uses a delay to postpone the transition to lower energy states. Figure 1 uses AT&T's timings for a typical 3G radio.



**Figure 1.** Typical 3G wireless radio state machine.

The radio state machine on each device, particularly the associated transition delay ("tail time") and startup latency, will vary based on the wireless radio technology employed (3G, LTE, 5G, and so on) and is defined and configured by the carrier network over which the device is operating.

This page describes a representative state machine for a typical 3G wireless radio, based on data provided by AT&T. However, the general principles and resulting best practices are applicable for all wireless radio implementations.

This approach is particularly effective for typical mobile web browsing as it prevents unwelcome latency while users browse the web. The relatively low tail-time also ensures that once a browsing session has finished, the radio can move to a lower energy state.

Unfortunately, this approach can lead to inefficient apps on modern smartphone operating systems like Android, where apps run both in the foreground (where latency is important) and in the background (where battery life should be prioritized).

# How apps impact the radio state machine

Every time you create a new network connection, the radio transitions to the full power state. In the case of the typical 3G radio state machine described earlier, it will remain at full power for the duration of your transfer—plus an additional 5 seconds of tail time—followed by 12 seconds at the low energy state. So for a typical 3G device, every data transfer session will cause the radio to draw energy for at least 18 seconds.

In practice, this means that an app which makes a one second data transfer, three times a minute, will keep the wireless radio perpetually active, moving it back to high power just as it is entering standby mode.



**Figure 2.** Relative wireless radio power use for one-second transfer running three times every minute. Figure excludes "power up" latency between runs.

By comparison, if the same app bundled its data transfers, running a single three-second transfer every minute, this would keep the radio in the high-power state for a total of only 20 seconds each minute. This would allow the radio to be on standby for 40 seconds of every minute, resulting in a significant reduction in battery consumption.



**Figure 3.** Relative wireless radio power use for three second transfers running once every minute.

## Optimization techniques

Now that you understand how network access affects battery life, let's talk about a few things that you can do to help reduce battery drain, while also providing a fast and fluid user experience.

### Bundle data transfers

As stated in the previous section, bundling your data transfers so that you're transferring more data less often is one of the best ways to improve battery efficiency.

Of course, this is not always possible to do if your app needs to receive or send data immediately in response to a user action. You can mitigate this by anticipating and prefetching data. Other scenarios, such as sending logs or analytics to a server and other, non-urgent, app-initiated data transfers, lend themselves very well to batching and bundling. See Optimizing app-initiated tasks for tips on scheduling background network transfers.

### Prefetch data

Prefetching data is another effective way to reduce the number of independent data transfer sessions that your app runs. With prefetching, when the user performs an action in your app, the app anticipates which data will most likely be needed for the next series of user actions and fetches that data in a single burst, over a single connection, at full capacity.

By front-loading your transfers, you reduce the number of radio activations required to download the data. As a result, you not only conserve battery life, but also improve the latency, lower the required bandwidth, and reduce download times.

Prefetching also provides an improved user experience by minimizing in-app latency caused by waiting for downloads to complete before performing an action or viewing data.

<table>
<tr><td></td><td>
<div style="border:1px solid">

**Check for connectivity before making requests**

Searching for a cell signal is one of the most power-draining operations on a mobile device. A best practice for user-initiated requests is to first check for a connection using `ConnectivityManager`, as shown in Monitor connectivity status and connection metering. If there's no network, the app can save battery by not forcing the mobile radio to search. The request can then be scheduled and performed in a batch with other requests when a connection is made.

**Pool connections**

An additional strategy that can help in addition to batching and prefetching, is to pool your app's network connections.

It's generally more efficient to reuse existing network connections than it is to initiate new ones. Reusing connections also allows the network to more-intelligently react to congestion and related network data issues.

`HttpURLConnection` and most HTTP clients, such as OkHttp ⧉, enable connection-pooling by default, and reusing the same connection for multiple requests.

</div>

https://developer.android.com/training/connectivity/network-access-optimization.
</td></tr>
</table>

**Claim 13**

| 13. The wireless end-user device of claim 1, wherein the one or more processors are further configured to, based on a device usage state, dynamically change a determination of whether to allow or disallow the Internet access request in the first power control state when the first end-user application is classified as not interacting with the user. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are further configured to, based on a device usage state, dynamically change a determination of whether to allow or disallow the Internet access request in the first power control state when the first end-user application is classified as not interacting with the user."<br><br>*See*, for example, the disclosures identified for claim 1[c]-[e]. |

**Claim 14**

| 14. The wireless end-user device of claim 1, wherein the one or more processors are further configured to, based on power | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are further configured to, based on power control state changes for the WWAN modem, dynamically change a determination of whether to allow or disallow the |

| control state changes for the WWAN modem, dynamically change a determination of whether to allow or disallow the Internet access request in the first power control state when the first end-user application is classified as not interacting with the user. | Internet access request in the first power control state when the first end-user application is classified as not interacting with the user." <br><br> *See*, for example, the disclosures identified for claim 1[c]-[e]. |
|---|---|

## Claim 15

| 15. The wireless end-user device of claim 1, wherein, when the Internet access request is disallowed, the one or more processors are configured to prevent the Internet access request from causing a change to a power state of the modem. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein, when the Internet access request is disallowed, the one or more processors are configured to prevent the Internet access request from causing a change to a power state of the modem." <br><br> *See*, for example, the disclosures identified for claim 1[c]-[e] and 12. |
|---|---|

## Claim 16

| 16. The wireless end-user device of claim 1, wherein the one or more processors are configured to, when the Internet access request is disallowed, instruct the first end-user application to transition to a different state. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the one or more processors are configured to, when the Internet access request is disallowed, instruct the first end-user application to transition to a different state." <br><br> *See*, for example, the disclosures identified for claim 1[c]-[e]. |
|---|---|

## U.S. Patent No. 10,749,700 ("'700 Patent")

Accused Devices: Motorola phones, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[pre] A wireless end-user device comprising: | Motorola phones are each "a wireless end-user device." For example, the Moto G Stylus 5G is a "wireless end-user device."  |
| 1[a] at least one wireless modem to provide network access for the wireless end-user device; | Motorola phones comprise "at least one wireless modem to provide network access for the wireless end-user device." For example, the Moto G Stylus 5G includes LTE and 5G modems for communicating with mobile service base stations providing a carrier-provided wireless network. |

https://www.motorola.com/us/compare-smartphones

| 1[b] an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications; | Motorola phones comprise "an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications." As shown in the exemplary citations, the Android operating system used by Motorola phones includes an activity classifier that dynamically associates one or more network access policy controls with executable applications. |
|---|---|



# More features you'll appreciate

## Effortless safety with Android™ 12

Improved privacy features and a reimagined UI give you more control over your smartphone experience, so you can focus on the things that matter.

| | https://www.motorola.com/us/smartphones-moto-g-stylus-5g-gen-2/p?skuId=781; <br> |
| --- | --- |

# moto g stylus 5G (2022) - User Guide (HTML)

🏠 moto g stylus 5G (2022)                                                          🔍

## Restrict background data

### About background data

Even when you're not actively using them, most apps use data in the background to sync information and deliver notifications.

To conserve data when you're running low, you can use Data Saver to turn off background data for all apps. Or, to restrict background data used by an app indefinitely, you can turn off background data specifically for that app.

### Notifications only when you open the app

When you turn off background data for an app, it won't sync until you open it, so you will receive NO notifications until you open the app and it syncs.

### Restrict for all apps when you're low

1. Go to **Settings** > **Network & internet** > **Data Saver**.

2. Turn **Use Data Saver** on 🔘.

   You'll see ⊕ in your status bar and all apps are prevented from using background data.

3. To allow certain apps to continue using background data, touch **Unrestricted data**, then next to the app name, slide the switch on 🔘.

### Restrict for specific apps indefinitely

1. Go to **Settings** > **Network & internet** > **Mobile network**.

2. Touch **App data usage**.

3. Touch an app, then turn **Background data** off ⚫.



**moto g stylus 5G (2022) - User Guide (HTML)**

🏠 moto g stylus 5G (2022)                                                🔍

## Use Battery Saver mode

### When Battery Saver is on

Battery Saver helps you keep going on a low battery until the next charge.

To save power, your phone will:

- Turn on Dark theme (You can turn it off, but that uses more battery.)
- Lower the refresh rate
- Turn off Live Caption
- Wait until you look at an app to refresh its content, like email or news
- Stop apps from doing things in the background (like listening for you to say "Hey Google")
- Stop using Location services when your screen is off

When the phone is in Battery Saver mode, you'll see 🔋 in the status bar.



https://motorola-global-portal-en-ca.custhelp.com/app/answers/detail/a_id/156805/~/moto-g-stylus-5g-%282022%29---user-guide-%28html%29 (Moto G Stylus 5G User Guide, 2022 HTML Version); *see also* https://motorola-global-portal.custhelp.com/app/answers/detail/a_id/160188/~/moto-g-stylus-5g (Moto G Stylus 5G User Guide, 2022 HTML Version, PDF Version); *see also, e.g.,*

Android Developers  >  Docs  >  Guides

Was this helpful?  👍  👎

# Background Work Overview 

Processing data in the background is an important part of creating an Android application that is both responsive for your users as well as a good citizen on the Android platform. Doing work on the main thread can lead to poor performance and therefore a poor user experience.

This guide explains what qualifies as background work, defines background task categories, provides you with criteria to categorize your tasks, and recommends APIs that you should use to execute them.

## Core principle

In general, you should take any blocking tasks off the UI thread. Common long-running tasks include things like decoding a bitmap, accessing storage, working on a machine learning (ML) model, or performing network requests.

## Definition of background work

An app is running in the *background* when both the following conditions are satisfied:

- None of the app's activities are currently visible to the user.
- The app isn't running any foreground services that started while an activity from the app was visible to the user.

Otherwise, the app is running in the *foreground*.

https://developer.android.com/guide/background;

Android Developers  >  Docs  >  Guides

Was this helpful? 👍 👎

# Optimize for Doze and App Standby 🔖 ▾

Starting from Android 6.0 (API level 23), Android introduces two power-saving features that extend battery life for users by managing how apps behave when a device is not connected to a power source. *Doze* reduces battery consumption by deferring background CPU and network activity for apps when the device is unused for long periods of time. *App Standby* defers background network activity for apps with which the user has not recently interacted.

While the device is in Doze, apps' access to certain battery-intensive resources is deferred until maintenance windows. The specific restrictions are listed in Power Management Restrictions.

Doze and App Standby manage the behavior of all apps running on Android 6.0 or higher, regardless whether they are specifically targeting API level 23. To ensure the best experience for users, test your app in Doze and App Standby modes and make any necessary adjustments to your code. The sections below provide details.

https://developer.android.com/training/monitoring-device-state/doze-standby;

# App Standby Buckets 🔖 ▾

Android 9 (API level 28) and higher support **App Standby Buckets**. App Standby Buckets help the system prioritize apps' requests for resources based on how recently and how frequently the apps are used. Based on app usage patterns, each app is placed in one of five priority **buckets**. The system limits the device resources available to each app based on which bucket the app is in.

## Priority buckets

The system dynamically assigns each app to a priority bucket, reassigning the apps as needed. The system may rely on a preloaded app that uses machine learning to determine how likely each app is to be used, and assigns apps to the appropriate buckets. If the system app is not present on a device, the system defaults to sorting apps based on how recently they were used. More active apps are assigned to buckets that give the apps higher priority, making more system resources available to the app. In particular, the bucket determines how frequently the app's jobs run, and how often the app can trigger alarms. These restrictions apply only while the device is on battery power; the system does not impose these restrictions on apps while the device is charging.

>  **Note:** Every manufacturer can set their own criteria for how non-active apps are assigned to buckets. You should not try to influence which bucket your app is assigned to. Instead, focus on making sure your app behaves well in whatever bucket it might be in. Your app can find out what bucket it's currently in by calling `UsageStatsManager.getAppStandbyBucket()`.

The buckets are:

1. Active: App is currently being used or was very recently used.
2. Working set: App is in regular use.
3. Frequent: App is often used, but not every day.
4. Rare: App is not frequently used.
5. Restricted: App consumes a great deal of system resources, or may exhibit undesirable behavior.

In addition, there's a special **never** bucket for apps that have been installed but have never been run. The system imposes severe restrictions on these apps.

|  | https://developer.android.com/topic/performance/appstandby; |
|  | https://developer.android.com/reference/android/app/job/JobScheduler; |
|  | https://developer.android.com/topic/performance/power/power-details; |

**Platform Power Management** 🔖 ▾

To improve device battery life, Android can affect the device state by monitoring device use and wakefulness. The platform can enter a state of sleep to pause activities from running while the device is unused.

**Doze**

Doze extends battery life by deferring app background CPU and network activity when a device is unused for long periods.

Idle devices in Doze periodically enter a maintenance window, during which apps can complete pending work (syncs, jobs, etc.). Doze then resumes sleep for a longer period of time, followed by another maintenance window. The platform continues the Doze sleep/maintenance sequence, increasing the length of idle each time, until a maximum of a few hours of sleep time is reached. At all times, a device in Doze remains aware of motion and immediately leaves Doze if motion is detected.

Android 7.0 and higher extends Doze to trigger a lighter set of optimizations every time a user turns off the device screen, even when the user continues to move around, enabling longer-lasting battery life.

Critical system services are generally set up by device manufacturers to be exempt from Doze. Users can also exempt specific apps from Doze using the Settings menu. However, exempting apps may cause battery drain on the device. By default, Doze is **disabled** in AOSP; for details on enabling Doze, see Integrating Doze.

https://source.android.com/docs/core/power/platform_mgmt.

| 1[c] an Application Programming Interface (API) accessible to each of the plurality of executable applications, the API callable by each of the executable applications to request an execution time according to the corresponding network access policy controls for that application; and | Motorola phones comprise "an activity classifier to, for each of a plurality of executable applications stored on the wireless end-user device, dynamically associate one or more corresponding network access policy controls with each of the plurality of executable applications." As shown in the exemplary citations, the Android operating system used by Motorola phones includes an activity classifier that dynamically associates one or more network access policy controls with executable applications. |

Android Developers > Docs > Guides

Was this helpful? 👍 👎

# Optimize for Doze and App Standby 🔖 ▾

Starting from Android 6.0 (API level 23), Android introduces two power-saving features that extend battery life for users by managing how apps behave when a device is not connected to a power source. *Doze* reduces battery consumption by deferring background CPU and network activity for apps when the device is unused for long periods of time. *App Standby* defers background network activity for apps with which the user has not recently interacted.

While the device is in Doze, apps' access to certain battery-intensive resources is deferred until maintenance windows. The specific restrictions are listed in Power Management Restrictions.

Doze and App Standby manage the behavior of all apps running on Android 6.0 or higher, regardless whether they are specifically targeting API level 23. To ensure the best experience for users, test your app in Doze and App Standby modes and make any necessary adjustments to your code. The sections below provide details.

## Understanding Doze

If a user leaves a device unplugged and stationary for a period of time, with the screen off, the device enters Doze mode. In Doze mode, the system attempts to conserve battery by restricting apps' access to network and CPU-intensive services. It also prevents apps from accessing the network and defers their jobs, syncs, and standard alarms.

Periodically, the system exits Doze for a brief time to let apps complete their deferred activities. During this *maintenance window*, the system runs all pending syncs, jobs, and alarms, and lets apps access the network.



**Figure 1.** Doze provides a recurring maintenance window for apps to use the network and handle pending activities.

At the conclusion of each maintenance window, the system again enters Doze, suspending network access and deferring jobs, syncs, and alarms. Over time, the system schedules maintenance windows less and less frequently, helping to reduce battery consumption in cases of longer-term inactivity when the device is not connected to a charger.

As soon as the user wakes the device by moving it, turning on the screen, or connecting a charger, the system exits Doze and all apps return to normal activity.

https://developer.android.com/training/monitoring-device-state/doze-standby; https://developer.android.com/reference/android/app/job/JobScheduler; *see also* https://developer.android.com/topic/performance/power/power-details;

# Platform Power Management 🔖 ▾

To improve device battery life, Android can affect the device state by monitoring device use and wakefulness. The platform can enter a state of sleep to pause activities from running while the device is unused.

## Doze

Doze extends battery life by deferring app background CPU and network activity when a device is unused for long periods.

Idle devices in Doze periodically enter a maintenance window, during which apps can complete pending work (syncs, jobs, etc.). Doze then resumes sleep for a longer period of time, followed by another maintenance window. The platform continues the Doze sleep/maintenance sequence, increasing the length of idle each time, until a maximum of a few hours of sleep time is reached. At all times, a device in Doze remains aware of motion and immediately leaves Doze if motion is detected.

Android 7.0 and higher extends Doze to trigger a lighter set of optimizations every time a user turns off the device screen, even when the user continues to move around, enabling longer-lasting battery life.

Critical system services are generally set up by device manufacturers to be exempt from Doze. Users can also exempt specific apps from Doze using the Settings menu. However, exempting apps may cause battery drain on the device. By default, Doze is **disabled** in AOSP; for details on enabling Doze, see Integrating Doze.

https://source.android.com/docs/core/power/platform_mgmt.

| | |
|---|---|
| 1[d] a launch manager to schedule corresponding execution times for applications requesting an execution time through the API, the launch manager selecting corresponding execution times, for the applications requesting execution time, according to the respective network access policy controls for each such application. | Motorola phones comprise "a launch manager to schedule corresponding execution times for applications requesting an execution time through the API, the launch manager selecting corresponding execution times, for the applications requesting execution time, according to the respective network access policy controls for each such application." As shown in the exemplary citations, the Android operating system used by Motorola phones includes a launch manager which schedules executions times for applications according to network access policy controls. |

Android Developers › Docs › Guides

Was this helpful? 👍 👎

# Optimize for Doze and App Standby 🔖▾

Starting from Android 6.0 (API level 23), Android introduces two power-saving features that extend battery life for users by managing how apps behave when a device is not connected to a power source. *Doze* reduces battery consumption by deferring background CPU and network activity for apps when the device is unused for long periods of time. *App Standby* defers background network activity for apps with which the user has not recently interacted.

While the device is in Doze, apps' access to certain battery-intensive resources is deferred until maintenance windows. The specific restrictions are listed in Power Management Restrictions.

Doze and App Standby manage the behavior of all apps running on Android 6.0 or higher, regardless whether they are specifically targeting API level 23. To ensure the best experience for users, test your app in Doze and App Standby modes and make any necessary adjustments to your code. The sections below provide details.

## Understanding Doze

If a user leaves a device unplugged and stationary for a period of time, with the screen off, the device enters Doze mode. In Doze mode, the system attempts to conserve battery by restricting apps' access to network and CPU-intensive services. It also prevents apps from accessing the network and defers their jobs, syncs, and standard alarms.

Periodically, the system exits Doze for a brief time to let apps complete their deferred activities. During this *maintenance window*, the system runs all pending syncs, jobs, and alarms, and lets apps access the network.



**Figure 1.** Doze provides a recurring maintenance window for apps to use the network and handle pending activities.

At the conclusion of each maintenance window, the system again enters Doze, suspending network access and deferring jobs, syncs, and alarms. Over time, the system schedules maintenance windows less and less frequently, helping to reduce battery consumption in cases of longer-term inactivity when the device is not connected to a charger.

As soon as the user wakes the device by moving it, turning on the screen, or connecting a charger, the system exits Doze and all apps return to normal activity.

https://developer.android.com/training/monitoring-device-state/doze-standby;
https://developer.android.com/reference/android/app/job/JobScheduler; *see also*
https://developer.android.com/topic/performance/power/power-details;

# Platform Power Management 🔖▾

To improve device battery life, Android can affect the device state by monitoring device use and wakefulness. The platform can enter a state of sleep to pause activities from running while the device is unused.

## Doze

Doze extends battery life by deferring app background CPU and network activity when a device is unused for long periods.

Idle devices in Doze periodically enter a maintenance window, during which apps can complete pending work (syncs, jobs, etc.). Doze then resumes sleep for a longer period of time, followed by another maintenance window. The platform continues the Doze sleep/maintenance sequence, increasing the length of idle each time, until a maximum of a few hours of sleep time is reached. At all times, a device in Doze remains aware of motion and immediately leaves Doze if motion is detected.

Android 7.0 and higher extends Doze to trigger a lighter set of optimizations every time a user turns off the device screen, even when the user continues to move around, enabling longer-lasting battery life.

Critical system services are generally set up by device manufacturers to be exempt from Doze. Users can also exempt specific apps from Doze using the Settings menu. However, exempting apps may cause battery drain on the device. By default, Doze is **disabled** in AOSP; for details on enabling Doze, see Integrating Doze.

https://source.android.com/docs/core/power/platform_mgmt.

**Claim 2**

| 2. The wireless end-user device of claim 1, the activity classifier dynamically associating network access policy controls with each of the plurality of executable applications using different policies that apply to blocked activities, network access controlled activities, and network access non-controlled activities. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, the activity classifier dynamically associating network access policy controls with each of the plurality of executable applications using different policies that apply to blocked activities, network access controlled activities, and network access non-controlled activities."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 3**

| 3. The wireless end-user device of claim 2, the activity classifier determining that a given one of the applications is a network access controlled activity or a blocked activity based on a lack of user interaction with that application for a period of time. | The Accused Instrumentalities comprise the "wireless end-user device of claim 2, the activity classifier determining that a given one of the applications is a network access controlled activity or a blocked activity based on a lack of user interaction with that application for a period of time."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 4**

| 4. The wireless end-user device of claim 2, the activity classifier determining that a given one of the applications is a network access non-controlled activity based on a user's current interaction with that application. | The Accused Instrumentalities comprise the "wireless end-user device of claim 2, the activity classifier determining that a given one of the applications is a network access non-controlled activity based on a user's current interaction with that application."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 5**

| 5. The wireless end-user device of claim 2, the activity classifier determining that a given one of the applications is a network access non-controlled activity based on that application currently providing a foreground service. | The Accused Instrumentalities comprise the "wireless end-user device of claim 2, the activity classifier determining that a given one of the applications is a network access non-controlled activity based on that application currently providing a foreground service."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 6**

| 6. The wireless end-user device of claim 1, wherein according to at least one of the network access policy controls, the launch manager delays an execution time for one or more of the applications until a connection is made through the at least | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein according to at least one of the network access policy controls, the launch manager delays an execution time for one or more of the applications until a connection is made through the at least one wireless modem to an alternative network."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

| one wireless modem to an alternative network. | |
|---|---|

## Claim 7

| 7. The wireless end-user device of claim 1, wherein the API receives, from a given one of the applications, a network capacity demand as part of a request for an execution time. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the API receives, from a given one of the applications, a network capacity demand as part of a request for an execution time." <br><br> *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

## Claim 8

| 8. The wireless end-user device of claim 1, wherein the API receives, from a given one of the applications, a network request as part of a request for an execution time. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the API receives, from a given one of the applications, a network request as part of a request for an execution time." <br><br> *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

## Claim 9

| 9. The wireless end-user device of claim 8, wherein the network request specifies whether the network request specifies one of a roaming network or a non-roaming network as the connected network for the network request. | The Accused Instrumentalities comprise the "wireless end-user device of claim 8, wherein the network request specifies whether the network request specifies one of a roaming network or a non-roaming network as the connected network for the network request." <br><br> *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

## Claim 10

| 10. The wireless end-user device of claim 1, wherein the API receives, from a given one of the applications, a scheduled time request as part of a request for an execution time. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the API receives, from a given one of the applications, a scheduled time request as part of a request for an execution time." <br><br> *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 11**

| 11. The wireless end-user device of claim 1, further comprising a user interface allowing a user to specify one or more of the network access policy controls to be associated with a given one of the plurality of executable applications. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, further comprising a user interface allowing a user to specify one or more of the network access policy controls to be associated with a given one of the plurality of executable applications."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
| --- | --- |

**Claim 12**

| 12. The wireless end-user device of claim 1, wherein to dynamically associate one or more corresponding network access policy controls comprises changing an association of network access policy controls based on a power state of the device. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein to dynamically associate one or more corresponding network access policy controls comprises changing an association of network access policy controls based on a power state of the device."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
| --- | --- |

**Claim 13**

| 13. The wireless end-user device of claim 1, wherein to dynamically associate one or more corresponding network access policy controls comprises changing an association of network access policy controls based on a device usage state. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein to dynamically associate one or more corresponding network access policy controls comprises changing an association of network access policy controls based on a device usage state."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
| --- | --- |

**Claim 14**

| 14. The wireless end-user device of claim 1, wherein to dynamically associate one or more corresponding network access policy controls comprises changing an association of network access policy controls based on a change in a current | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein to dynamically associate one or more corresponding network access policy controls comprises changing an association of network access policy controls based on a change in a current network to which the at least one wireless modem is providing network access."<br><br>*See*, for example, the disclosures identified for claim 1[b]-[d]. |
| --- | --- |

| network to which the at least one wireless modem is providing network access. | |
|---|---|

**Claim 15**

| 15. The wireless end-user device of claim 1, wherein the launch manager receives a list identifying executable applications that have a launch control policy in effect. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the launch manager receives a list identifying executable applications that have a launch control policy in effect." *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 16**

| 16. The wireless end-user device of claim 1, wherein the launch manager is integrated with an operating system broadcast intent manager. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the launch manager is integrated with an operating system broadcast intent manager." *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 17**

| 17. The wireless end-user device of claim 1, wherein, based on a given one of the network access policy controls, the launch manager deprioritizes one or more processes associated with a given one of the executable applications. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein, based on a given one of the network access policy controls, the launch manager deprioritizes one or more processes associated with a given one of the executable applications." *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 18**

| 18. The wireless end-user device of claim 1, wherein, based on a given one of the network access policy controls, the launch manager controls the frequency at which a given one of the executable applications is allowed network access. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein, based on a given one of the network access policy controls, the launch manager controls the frequency at which a given one of the executable applications is allowed network access." *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 19**

| 19. The wireless end-user device of claim 1, wherein, based on an amount of network data communicated to or from a given one of the executable applications, the activity classifier dynamically changes at least one network access policy control associated with that given executable application. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein, based on an amount of network data communicated to or from a given one of the executable applications, the activity classifier dynamically changes at least one network access policy control associated with that given executable application." <br><br> *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|

**Claim 20**

| 20. The wireless end-user device of claim 1, wherein the launch manager schedules corresponding execution times for applications to correspond with power state changes of the at least one wireless modem. | The Accused Instrumentalities comprise the "wireless end-user device of claim 1, wherein the launch manager schedules corresponding execution times for applications to correspond with power state changes of the at least one wireless modem." <br><br> *See*, for example, the disclosures identified for claim 1[b]-[d]. |
|---|---|