


Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Daniel C. Cooley (*pro hac vice*)
daniel.cooley@finnegan.com
Daniel M. Jordan (*pro hac vice*)
dan.jordan@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street
8th Floor
Reston, VA, US, 20190-6023
Telephone:     (571) 203-2700
Facsimile:      (571) 203-2777

Andrea G. Mills (*pro hac vice*)
gracie.mills@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

*Attorneys for Defendants*
*Motorola Mobility LLC and*
*Lenovo (United States) Inc.*

Marc Fenster
mfenster@raklaw.com
Reza Mirzaie
rmirzaie@raklaw.com
Brian Ledahl
bledahl@raklaw.com
Ben Wang
bwang@raklaw.com
Adam Hoffman
ahoffman@raklaw.com
Paul Kroeger
pkroeger@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Philip Wang
pwang@raklaw.com
Amy Hayden
ahayden@raklaw.com
Jason M. Wietholter
jwietholter@raklaw.com
Kristopher Davis
kdavis@raklaw.com
Dale Chang
dchang@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     (310) 826-7474
Facsimile:      (310) 826-9226

*Attorneys for Plaintiff*
*Headwater Research LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC,<br><br>Defendants. | Case No. 4:23-cv-04496-JST<br><br>**JOINT STIPULATION AND MOTION TO STAY PENDING INSTITUTION DECISIONS ON *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT** |

# JOINT STIPULATION AND MOTION TO STAY

Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Motorola Mobility LLC and Lenovo (United States) Inc. (collectively, "Defendants") jointly stipulate and move to stay the case pending institution decisions of *inter partes* review (IPR) on the Patents-in-Suit as follows:

WHEREAS, on August 12, 2024, Defendants filed two IPR petitions (IPR2024-01180 and IPR2024-01181) challenging all asserted claims of the two Patents-in-Suit (U.S. Patent Nos. 9,198,076 and 10,749,700);

WHEREAS, on August 16, 2024, Defendants filed a motion to stay pending determination of *inter partes* review of the Patents-in-Suit (Dkt. 70);

WHEREAS, claim construction briefing has not started and will be completed until October 2, 2024 (Dkt 69); the claim construction hearing has been postponed until November 18, 2024; and a trial date has not yet been set (Dkt. 67);

WHEREAS, this Court has granted stays pending IPR before institution. *See, e.g. WirelessWerx IP, LLC v. Google LLC*, No. 23-cv-01852-JST (N.D. Cal. July 18, 2023) (granting a stay prior to institution of IPR); *MindbaseHQ LLC v. Google LLC,* No. 21-CV-03603-JST, 2021 U.S. Dist. LEXIS 253443, at *10 (N.D. Cal. Nov. 1, 2021) (same).

**WHEREFORE, IT IS HEREBY STIPULATED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:**

The Court grants the parties' joint request to stay the case pending institution decisions of Defendants' IPR petitions on the Patents-in-Suit. All pending deadlines are stayed. Within seven days of the institution decisions in the IPRs (IPR2024-01180 and IPR2024-01181), the parties are ordered to file a joint case management statement apprising the Court of the institution decisions and requesting such further relief as may be appropriate.

Dated: August 27, 2024

RUSS AUGUST & KABAT

By:   */s/ Jason Wietholter*
Jason Wietholter
*Attorneys for Plaintiff*
*Headwater Research LLC*

1

JOINT STIPULATION AND MOTION TO STAY PENDING
IPR INSTITUTION DECISIONS OF THE PATENTS-IN-SUIT
Case No. 4:23-CV-04496-JST

1  Dated: August 27, 2024                    FINNEGAN, HENDERSON, FARABOW,
2                                               GARRETT & DUNNER, LLP

3                                            By:   /s/ Daniel C. Cooley
                                                Daniel C. Cooley
4                                               *Attorneys for Defendants*
                                                *Motorola Mobility LLC and*
5                                               *Lenovo (United States) Inc.*

2

JOINT STIPULATION AND MOTION TO STAY PENDING
IPR INSTITUTION DECISIONS OF THE PATENTS-IN-SUIT
Case No. 4:23-CV-04496-JST

**[PROPOSED] ORDER**

The Court grants the parties' joint request to stay the case pending institution decisions of Defendants' IPR petitions on the Patents-in-Suit. All pending deadlines are stayed. Within seven days of the institution decisions in the IPRs (IPR2024-01180 and IPR2024-01181), the parties are ordered to file a joint case management statement apprising the Court of the institution decisions and requesting such further relief as may be appropriate.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 27, 2024

---

JON S. TIGAR
United States District Judge

**ATTESTATION**

Counsel for Plaintiff Headwater Research LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.

Dated: August 27, 2024                             RUSS AUGUST & KABAT

                                                   By: */s/ Jason Wietholter*
                                                       Jason Wietholter
                                                       *Attorneys for Plaintiff*
                                                       *Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Dated: August 27, 2024                             RUSS AUGUST & KABAT

                                                   By: */s/ Jason Wietholter*
                                                       Jason Wietholter
                                                       *Attorneys for Plaintiff*
                                                       *Headwater Research LLC*