| | |
|---|---|
| Jacob A. Schroeder (SBN 264717) | Marc Fenster |
| jacob.schroeder@finnegan.com | mfenster@raklaw.com |
| **FINNEGAN, HENDERSON, FARABOW,** | Reza Mirzaie |
| **GARRETT & DUNNER, LLP** | rmirzaie@raklaw.com |
| 3300 Hillview Avenue | Brian Ledahl |
| Palo Alto, California 94304 | bledahl@raklaw.com |
| Telephone: (650) 849-6600 | Ben Wang |
| Facsimile: (650) 849-6666 | bwang@raklaw.com |
| | Adam Hoffman |
| Daniel C. Cooley (*pro hac vice*) | ahoffman@raklaw.com |
| daniel.cooley@finnegan.com | Paul Kroeger |
| Daniel M. Jordan (*pro hac vice*) | pkroeger@raklaw.com |
| dan.jordan@finnegan.com | Neil A. Rubin |
| **FINNEGAN, HENDERSON, FARABOW,** | nrubin@raklaw.com |
| **GARRETT & DUNNER, LLP** | James S. Tsuei |
| 1875 Explorer Street | jtsuei@raklaw.com |
| 8th Floor | Philip Wang |
| Reston, VA, US, 20190-6023 | pwang@raklaw.com |
| Telephone: (571) 203-2700 | Amy Hayden |
| Facsimile: (571) 203-2777 | ahayden@raklaw.com |
| | Jason M. Wietholter |
| Andrea G. Mills (*pro hac vice*) | jwietholter@raklaw.com |
| gracie.mills@finnegan.com | Kristopher Davis |
| **FINNEGAN, HENDERSON, FARABOW,** | kdavis@raklaw.com |
| **GARRETT & DUNNER, LLP** | Dale Chang |
| 901 New York Avenue NW | dchang@raklaw.com |
| Washington, DC 20001-4413 | **RUSS AUGUST & KABAT** |
| Telephone: (202) 408-4000 | 12424 Wilshire Boulevard, 12th Floor |
| Facsimile: (202) 408-4400 | Los Angeles, California 90025 |
| | Telephone: (310) 826-7474 |
| *Attorneys for Defendants* | Facsimile: (310) 826-9226 |
| *Motorola Mobility LLC and* | |
| *Lenovo (United States) Inc.* | *Attorneys for Plaintiff* |
| | *Headwater Research LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | Case No. 4:23-cv-04496-JST |
| Plaintiff, | **JOINT STIPULATION AND MOTION TO STAY PENDING INSTITUTION DECISIONS ON *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT; ORDER** |
| v. | |
| MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC, | |
| Defendants. | |

**JOINT STIPULATION AND MOTION TO STAY**

Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Motorola Mobility LLC and Lenovo (United States) Inc. (collectively, "Defendants") jointly stipulate and move to stay the case pending institution decisions of *inter partes* review (IPR) on the Patents-in-Suit as follows:

WHEREAS, on August 12, 2024, Defendants filed two IPR petitions (IPR2024-01180 and IPR2024-01181) challenging all asserted claims of the two Patents-in-Suit (U.S. Patent Nos. 9,198,076 and 10,749,700);

WHEREAS, on August 16, 2024, Defendants filed a motion to stay pending determination of *inter partes* review of the Patents-in-Suit (Dkt. 70);

WHEREAS, claim construction briefing has not started and will be completed until October 2, 2024 (Dkt 69); the claim construction hearing has been postponed until November 18, 2024; and a trial date has not yet been set (Dkt. 67);

WHEREAS, this Court has granted stays pending IPR before institution. *See, e.g. WirelessWerx IP, LLC v. Google LLC*, No. 23-cv-01852-JST (N.D. Cal. July 18, 2023) (granting a stay prior to institution of IPR); *MindbaseHQ LLC v. Google LLC,* No. 21-CV-03603-JST, 2021 U.S. Dist. LEXIS 253443, at *10 (N.D. Cal. Nov. 1, 2021) (same).

**WHEREFORE, IT IS HEREBY STIPULATED, AND THE PARTIES JOINTLY REQUEST THAT THE COURT ORDER THAT:**

The Court grants the parties' joint request to stay the case pending institution decisions of Defendants' IPR petitions on the Patents-in-Suit. All pending deadlines are stayed. Within seven days of the institution decisions in the IPRs (IPR2024-01180 and IPR2024-01181), the parties are ordered to file a joint case management statement apprising the Court of the institution decisions and requesting such further relief as may be appropriate.

Dated: August 27, 2024

RUSS AUGUST & KABAT

By:    */s/ Jason Wietholter*
      Jason Wietholter
      *Attorneys for Plaintiff*
      *Headwater Research LLC*

1

JOINT STIPULATION AND MOTION TO STAY PENDING
IPR INSTITUTION DECISIONS OF THE PATENTS-IN-SUIT
Case No. 4:23-CV-04496-JST

| | | |
|---|---|---|
| 1 | Dated: August 27, 2024 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | |
| 3 | | By:  /s/ Daniel C. Cooley |
| 4 | | Daniel C. Cooley |
| | | *Attorneys for Defendants* |
| 5 | | *Motorola Mobility LLC and* |
| | | *Lenovo (United States) Inc.* |

2

JOINT STIPULATION AND MOTION TO STAY PENDING
IPR INSTITUTION DECISIONS OF THE PATENTS-IN-SUIT
Case No. 4:23-cv-04496-JST

**[~~PROPOSED~~] ORDER**

The Court grants the parties' joint request to stay the case pending institution decisions of Defendants' IPR petitions on the Patents-in-Suit. All pending deadlines are stayed. Within seven days of the institution decisions in the IPRs (IPR2024-01180 and IPR2024-01181), the parties are ordered to file a joint case management statement apprising the Court of the institution decisions and requesting such further relief as may be appropriate.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 28, 2024

_____
JON S. TIGAR
United States District Judge