UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 4:23-cv-04496-JST<br><br>**PATENT LOCAL RULE 3-10 CERTIFICATION** |

Each of the undersigned counsel certifies that the Patent L.R. 3-10 damages contention meeting occurred consistent with the requirements set forth in Patent L.R. 3-10 on the date(s) and with the participation of the persons set forth below.

Date of meeting: 8/27/24

Participants (continue list of participants on a separate sheet if necessary):

1. Jonathan Kagan　　☐ Attorney　☑ Client representative
2. Marc Fenster　　☑ Attorney　☐ Client representative
3. Reza Mirzaie　　☑ Attorney　☐ Client representative
4. Adam Hoffman　　☑ Attorney　☐ Client representative

We certify that the above information is true and correct.

DATED: 8/29/24　　　　Marc Fenster
　　　　　　　　　　　　Attorney for Plaintiff

DATED: 8/29/24　　　　Jacob Schroeder
　　　　　　　　　　　　Attorney for Defendants

Participants continued:

    5.    Amy Hayden (Attorney)

    6.    Matt Mosteller (Client representative)

    7.    Jacob Schroeder (Attorney)

    8.    Daniel Cooley (Attorney)

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of August 2024, with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster