| | |
|---|---|
| Jacob A. Schroeder (SBN 264717)<br>  jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:    (650) 849-6600<br>Facsimile:     (650) 849-6666<br><br>Daniel C. Cooley (*pro hac vice*)<br>  daniel.cooley@finnegan.com<br>Daniel M. Jordan (*pro hac vice*)<br>  dan.jordan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>1875 Explorer Street<br>8th Floor<br>Reston, VA, US, 20190-6023<br>Telephone:    (571) 203-2700<br>Facsimile:     (571) 203-2777<br><br>Andrea G. Mills (*pro hac vice*)<br>  gracie.mills@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:    (202) 408-4000<br>Facsimile:     (202) 408-4400<br><br>*Attorneys for Defendants*<br>*Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* | Marc Fenster<br>  mfenster@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Brian Ledahl<br>  bledahl@raklaw.com<br>Ben Wang<br>  bwang@raklaw.com<br>Paul Kroeger<br>  pkroeger@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>James S. Tsuei<br>  jtsuei@raklaw.com<br>Philip Wang<br>  pwang@raklaw.com<br>Jason M. Wietholter<br>  jwietholter@raklaw.com<br>Kristopher Davis<br>  kdavis@raklaw.com<br>Dale Chang<br>  dchang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:    (310) 826-7474<br>Facsimile:     (310) 826-9226<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC,<br><br>            Defendants. | Case No. 4:23-cv-04496-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the Court's order (Dkt. 72), Plaintiff Headwater Research LLC ("Headwater") and Defendants Motorola Mobility LLC and Lenovo (United States) Inc. ("Defendants") submit "a joint case management statement apprising the Court of the institution decisions and requesting such further relief as may be appropriate." *Id*. at 1. Defendants filed two IPRs challenging all asserted claims of the two Patents-in-Suit:

- IPR2024-01180 on U.S. Patent No. 9,198,076 ("'076 patent"), and
- IPR2024-01181 on U.S. Patent No. 10,749,700 ("'700 patent").

On March 4, 2025, the Patent Trial and Appeal Board (PTAB) denied institution in IPR2024-01180 on the '076 patent and granted institution in IPR2024-01181 on the '700 patent. Copies of the PTAB's institution decisions are attached as Exhibits 1-2.

Regarding the stay, the parties state as follows:

- the case was stayed on August 28, 2024, at an early stage of the litigation, when claim construction briefing had not started, and a trial date had not been set (Dkt. 72); and
- this Court has granted or continued stays pending IPR, even where only one patent is subject to IPR. *See, e.g. Jenam Tech, LLC v. Google LLC*, No. 21-CV-07994-JST, 2022 WL 20275184 (N.D. Cal. Mar. 28, 2022).

Given the facts and circumstances of this case, the parties agree it is appropriate to continue the stay until the final written decision (FWD) in IPR2024-01181 on the '700 patent. The FWD decision is expected to issue no later than March 4, 2026. Within seven days of the FWD in IPR2024-01181, the parties agree to file a joint case management statement apprising the Court of the FWD and requesting such further relief as may be appropriate.

Dated: March 11, 2025                    RUSS AUGUST & KABAT

                                         By:    /s/ Jason Wietholter
                                            Jason Wietholter
                                            *Attorneys for Plaintiff*
                                            *Headwater Research LLC*

| | | |
|---|---|---|
| 1 | Dated: March 11, 2025 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | |
| 3 | | By:   */s/ Daniel C. Cooley* |
| 4 | | Daniel C. Cooley<br>*Attorneys for Defendants* |
| 5 | | *Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* |

## ATTESTATION

Counsel for Plaintiff Headwater Research LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants Motorola Mobility LLC and Lenovo (United States) Inc.

Dated: March 11, 2025               RUSS AUGUST & KABAT

                                                By: */s/ Jason Wietholter*
                                                    Jason Wietholter
                                                    *Attorneys for Plaintiff*
                                                    *Headwater Research LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Dated: March 11, 2025               RUSS AUGUST & KABAT

                                                By: */s/ Jason Wietholter*
                                                    Jason Wietholter
                                                    *Attorneys for Plaintiff*
                                                    *Headwater Research LLC*