UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>Defendants. | Case No. 23-cv-04496-JST<br><br>**ORDER RE STAY OF PROCEEDINGS**<br><br>Re: ECF No. 75 |

For the reasons set forth in the parties' most recent case management statement, ECF No. 75, the stay issued August 28, 2024, ECF No. 72, remains in effect pending a final written decision ("FWD") in IPR2024-01181. Within seven days of the issuance of such FWD, the parties shall file a joint case management statement apprising the Court of the FWD and requesting such further relief as may be appropriate.

**IT IS SO ORDERED.**

Dated: July 7, 2025

_____
JON S. TIGAR
United States District Judge