| | |
|---|---|
| Jacob A. Schroeder (SBN 264717)<br>  jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:    (650) 849-6600<br>Facsimile:    (650) 849-6666<br><br>Daniel C. Cooley (*pro hac vice*)<br>  daniel.cooley@finnegan.com<br>Daniel M. Jordan (*pro hac vice*)<br>  dan.jordan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>1875 Explorer Street<br>8th Floor<br>Reston, VA, US, 20190-6023<br>Telephone:    (571) 203-2700<br>Facsimile:    (571) 203-2777<br><br>Alexander E. Harding (*pro hac vice*)<br>  gracie.millsalexander.harding@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Telephone:    (202) 408-4000<br>Facsimile:    (202) 408-4400<br><br>*Attorneys for Defendants*<br>*Motorola Mobility LLC and*<br>*Lenovo (United States) Inc.* | Marc Fenster<br>  mfenster@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Brian Ledahl<br>  bledahl@raklaw.com<br>Ben Wang<br>  bwang@raklaw.com<br>Paul Kroeger<br>  pkroeger@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>James S. Tsuei<br>  jtsuei@raklaw.com<br>Philip Wang<br>  pwang@raklaw.com<br>Jason M. Wietholter<br>  jwietholter@raklaw.com<br>Kristopher Davis<br>  kdavis@raklaw.com<br>Dale Chang<br>  dchang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:    (310) 826-7474<br>Facsimile:    (310) 826-9226<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>MOTOROLA MOBILITY LLC AND LENOVO (UNITED STATES) INC,<br><br>                Defendants. | Case No. 4:23-cv-04496-JST<br><br>**ORDER APPROVING JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE**<br><br>Re: ECF No. 78 |

**JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Headwater Research LLC and Defendants Motorola Mobility LLC and Lenovo (United States) Inc. jointly stipulate and move to dismiss this entire action, Case No. 4:23-CV-04496-JST, with prejudice. The parties further stipulate that each party shall bear its own costs, expenses, and attorney's fees. Accordingly, the parties respectfully request that the Court dismiss this case with prejudice.

A proposed order is attached.

Dated: September 12, 2025              RUSS AUGUST & KABAT

                                       By: */s/ Philip Wang*
                                           Philip Wang
                                           *Attorney for Plaintiff*
                                           *Headwater Research LLC*

Dated: September 12, 2025              FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP

                                       By: */s/ Daniel C. Cooley*
                                           Daniel C. Cooley
                                           *Attorneys for Defendants*
                                           *Motorola Mobility LLC and*
                                           *Lenovo (United States) Inc.*

**[PROPOSED] ORDER**

Before the Court is Plaintiff Headwater Research LLC and Defendants Motorola Mobility LLC and Lenovo (United States) Inc.'s joint motion to dismiss with prejudice. IT IS HEREBY ORDERED that the joint motion is GRANTED and this entire action, Case No. 4:23-CV-04496-JST, is dismissed with prejudice and each party shall bear its own costs, expenses, and attorney's fees.

Dated: September 16, 2025

_____
JON S. TIGAR
United States District Judge